Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Patrick C. McGarrigle, Esq. SBN 149008
Michael J. Kenney, Esq., SBN 192775
McGarrigle, Kenney & Zampiello APC
9600 Topanga Canyon Boulevard, Suite 200
Chatsworth, California 91311
PH: (818) 998-3300
FAX: (818) 998-3344

FOR COURT USE ONLY

**FILED & ENTERED**

APR 30 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

**CHANGES MADE BY COURT**

☐ *Individual appearing without counsel*
☒ *Attorney for: Creditor Kenneth Barton*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Zafar David Khan

Debtor(s)

CHAPTER: 13

CASE NO.: 2:13-bk-19713-VZ

DATE:
TIME:
CTRM:
FLOOR:

# ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)

1. The issue regarding the Automatic Stay was: ☐ Contested   ☐ Uncontested   ☒ Settled by stipulation

2. The Stipulation and this Order affect the following non-bankruptcy case or administrative proceeding:

    Case name: Barton v. RPost International Limited, Zafar Khan, Terrance Tomkow, et al

    Docket number: YC061581

    Court or agency where pending: Los Angeles Superior Court, Torrance Courthouse, Dept. B

3. The instant Order is entered pursuant to the Stipulation of the Parties.

4. As to all Parties to L.A.S.C. Case No. YC061581, their successors, transferees and assigns ("Parties"), the stay of 11 U.S.C. § 362(a) is:
    a. ☐ Terminated as to Debtor(s) and Debtor's(s') estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☒ Modified as per the Stipulation of Debtor Khan and Creditor Barton to Grant Relief from the Automatic Stay Pursuant to 11 U.S.C. §362, et seq.

5. Parties may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law.

6. **Limitations on Enforcement of Judgment:**  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
    a. ☒ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.
    b. ☐ Proceeding against the Debtor(s) as to NON-estate property or earnings.

7. This Court further orders as follows:
   a.
   b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d. ☐ See attached continuation page for additional provisions.

                                        ###

Date: April 30, 2013

Vincent P. Zurzolo
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of _4-23-13__, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

**Trustee:** ecfnc@trustee13.com
**U.S. Trustee:** ustpregion16.la.ecf@usdoj.gov
**Attorney for Debtor:** LLandau@HorganRosen.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

**Zafar David Khan**
1929 Ruhland Ave, Unit A
Redondo Beach, CA 90278
LOS ANGELES-CA

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

**Trustee:** ecfnc@trustee13.com
**U.S. Trustee:** ustpregion16.la.ecf@usdoj.gov
**Attorney for Debtor:** LLandau@HorganRosen.com

☐ Service information continued on attached page