1  Patrick C. McGarrigle, Esq., SBN 149008
   Michael J. Kenney, Esq., SBN 192775
2  McGARRIGLE, KENNEY & ZAMPIELLO, APC
   9600 Topanga Canyon Boulevard, Suite 200
3  Chatsworth, California 91311
   PH: (818) 998-3300    FAX: (818) 998-3344
4

5  Attorneys for Creditor
   Kenneth Barton
6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11 In Re:                          )  Chapter 13
                                   )  Case No. 2:13-bk-19713-VZ
12     ZAFAR DAVID KHAN,           )
                                   )  **CREDITOR KENNETH BARTON'S**
13         Debtor.                 )  **OBJECTIONS TO DEBTOR'S**
                                   )  **CHAPTER 13 PLAN.**
14                                 )
                                   )
15                                 )  **Meeting of Creditors:**
                                   )  Date:       May 28, 2013
16                                 )  Time:       9:00 a.m.
                                   )  Location:   Office of the U.S. Trustee
17                                 )              725 South Figueroa Street
                                   )              Room 103
18                                 )              Los Angeles, California 90017
                                   )
19                                 )  **Confirmation Hearing:**
                                   )  Date:       February 10, 2014
20                                 )  Time:       9:00 a.m.
                                   )  Location:   U.S. Bankruptcy Court
21                                 )              255 E. Temple Street,
                                   )              Courtroom 1368
22                                 )              Los Angeles, California 90012
23 _____
24
25     **TO DEBTOR, DEBTOR'S COUNSEL, CHAPTER 13 TRUSTEE AND**
   **INTERESTED PARTIES:**
26
27     Creditor Kenneth Barton (**"Creditor"**), by and through his attorneys of record,
   hereby objects to Debtor Zafar David Khan's (**"Debtor"**) Proposed Chapter 13 Plan
28

                                    2
   **CREDITOR KENNETH BARTON'S OBJECTIONS TO DEBTOR'S PLAN**

("**Plan**").   Mr. Barton is the Plaintiff in L.A.S.C. Case No. YC061581 ("**State Court Action**") and has prevailed on his fraud (and other) claims against Debtor and others (including Debtor Khan's business partner and co-defendant in the State Court Action, Mr. Terrance Tomkow).[1]   The Trial Court in the State Court Action has concluded stock valuation / damages and punitive damages proceedings and has informed the parties to that action that it will soon issue its amended statement of decision thereby quantifying the dollar amount of damages to be awarded to Mr. Barton from and against Debtor (see Section III below).   As discussed more fully herein, Debtor has knowingly failed to account within his schedules for the additional monetary damages that will be assessed against him in the State Court Action, rendering his Schedules misleading or, at best, incomplete.   For these and the other reasons set forth below, Creditor respectfully requests that the Plan be rejected by the Court, and due to Debtor's concealment and misrepresentation of his assets, the case be dismissed with a 180 day re-filing bar.

The Proposed Plan does not represent the Debtor's best effort pursuant to 11 U.S.C. § 1325(b)(1)(B) for the following reasons:

I.    **Debtor's Plan Does Not Fully Provide for Creditor's Claim:**

Debtor's Plan fails to accounts for the full value of Creditor's claims.   Specifically, Debtor's Plan values Creditor's claim at $100,000.00 at a time when Debtor and his counsel know that the Trial Court in the State Court Action is about to issue its amended statement of decision awarding damages for Debtor's fraud in taking 6,016,500 shares of stock and for punitive damages.   Further, the stock valuation set forth in the amended statement of decision will also impact the assets of Debtor in that he, too, owns millions of

---

1 Tomkow filed bankruptcy in conjunction with Khan on April 14, 2013; Case No. 2:13-bk-19712-WB.   Inasmuch as both the Khan and Tomkow bankruptcies were filed in conjunction with one another, are both tied to the decision of the court in the State Court Action (which decision will impact both bankruptcies as it will specify further monetary damages which both Debtors Khan and Tomkow will owe to Creditor Barton), and both Debtors own and operate RPost International Limited (as well as various other "RPost" branded entities), Barton posits that the Khan and Tomkow bankruptcies should proceed before the same judge in the same courtroom.

**CREDITOR KENNETH BARTON'S OBJECTIONS TO DEBTOR'S PLAN**

8681-009\pldg\Obj-Plan.001

shares of the same stock he converted by fraud (which Debtor conveniently failed to place

a value on in his schedules (See Debtor's Schedule B, item 13)) once again rendering those

schedules misleading or, at best, incomplete.

As a result, Debtor's Plan does not fully provide for Creditor's claim, and does not

fully account for or utilize Debtor's assets, and should be rejected.

**II.    Debtor's Plan Was Not Proposed in Good Faith Under 11 U.S.C.**
**§1325(a)(3) Because Debtor's Schedules Are Fraudulent and Debtor has**
**Manipulated His Income/Assets to be Misleadingly and Substantially**
**Understated:**

Debtor's schedules, upon which his Plan is based, were not prepared or filed in good

faith.   Debtor has not been forthcoming about his ability to earn and likelihood of future

increases in income (or that the RPost Companies pay his credit card expenses [See,

Exhibit 3, p. 26:11-23]) and Debtor's assertion that the value of his substantial stock

holdings in the very RPost Companies that he dominates is "speculative" is, itself, an

egregious sham.

There is ample evidence that Khan has filed a false and materially misleading

petition and schedules with the Court.   In *Fidelity & Cas. Co. v. Warren (In re Warren)*

(BAP 9th Cir. 1988) 89 B.R. 87, 93, the Bankruptcy Appellate Panel of the Ninth Circuit

laid out the following factors to be considered in determining whether a Chapter 13 plan

has been filed in good faith: (1) the amount of the proposed payments and the amount of

debtor's surplus; (2) Debtor's employment history, ability to earn and likelihood of future

increases in income; (3) expected duration of the plan; (4) accuracy of the plans statements

of the debts, expenses and percentage of repayment of unsecured debt and whether any

inaccuracies constitute an attempt to mislead the bankruptcy court; (5) type of debt sought

to be discharged and whether such debt is non-dischargeable in Chapter 7; and (6) debtor's

motivation and sincerity in seeking Chapter 13 relief.   With these factors in mind, the

**CREDITOR KENNETH BARTON'S OBJECTIONS TO DEBTOR'S PLAN**
8681-009\pldg\Obj-Plan.001

Court should note the following, any or all of which warrants denial of the Plan and dismissal of the bankruptcy:

a) Debtor testified and/or submitted evidence (at and/or in connection with the November 2012 punitive damages trial in the Fraud State Court Action (L.A.S.C. Case No. YC061581)) that his net worth value is in the positive (despite disavowing any value whatsoever to his shareholder stakes in RPost International Limited (**"RIL"**), RPost Communications (**"RComm"**) and RMail Limited (**"RMail"**) (the **"RPost Companies"**)). See, Exhibit 1 (Khan Net Worth) hereto. This summary, prepared by the Debtor and his counsel for the November 2012 punitive damages phase of the State Court Action, belies the net worth information provided by Khan in his Petition and Schedules and underscores his bad faith.

b) Khan's access to and control over his corporation's assets also bear on net worth. Access to capital and ability to borrow money must be factored into a defendant's overall financial condition as that ability/access itself is a measure and indicator of the Debtor's financial condition. *Devlin v. Kearny Mesa AMC/Jeep/Renault, Inc.* (1984) 155 Cal.App.3d 381, 391. Here, Khan **(1)** testified in November 2012 that he raised through the RPost Companies **$5M** in new investor money from 3/31/11 through approximately July 2012 through the sale of preferred shares at $5.75 per share (See, Exhibit 3, p. 78:10-20); **(2)** Khan and Tomkow also own 750,000 RComm preferred shares *each,* and, at the 2012 $5.75 per preferred share price, **Khan's share assets in RComm *alone* are at least $4.3M**; and **(3)** Khan testified that he controls off-shore accounts including in Belize, a known shelter for off-shore money (See. Exhibit 4, p. 109:12-110-17). Because Khan controls millions of dollars, has his own preferred RComm shares (worth at least $4.3M) and controls millions in off-shore bank accounts, his under oath admissions in November 2012 contradict his materially false and misleading Petition and Schedules which, therefore, are *per se* bad faith and warrant dismissal of this bankruptcy and denial of the Chapter 13 plan (which must be filed in good faith [11 U.S.C. §1325(a)(3)]).

**CREDITOR KENNETH BARTON'S OBJECTIONS TO DEBTOR'S PLAN**

8681-009\pldg\Obj-Plan.001

**c)**    The RPost Companies (alter egos of the other and of Debtor Khan and Debtor Tomkow (Case No. 2:13-bk-19712-WB)) are, on the outside, a successful internet-based 'registered e-mail' service that "…proves legal delivery, content and time for any email 100% of the time, regardless of recipient action, with delivery direct to recipient inbox and third party authentication on-demand."    Further, "RPost holds 35 patents that have been granted in 21 countries…These patents together apply to virtually all forms of third-party authentication of electronic messaging." See, Exhibit 5: "RPost Services: Triple Play" attached, p. 22 therein.    That the RPost Companies have a variety of worldwide arrangements and their USPTO-approved patents include both registered email and the tracking patent for "billions of emails" (See, Exhibits 6-8) only illustrates that the Debtor's submissions are deliberately misleading, omit material assets and their efforts to dupe the Court and defraud creditors knows no bounds.

**d)**    Khan advised the State Court that the $100,000.00 emotional distress award would be paid by RIL's funds (i.e., from corporate funds he controls) that had been allocated therefor based on the State Court's prior (August 2012) order.    See, Exhibit 3, p. 86:15-24.    Hence, the suggestion that Khan filed bankruptcy because of a $100,000 emotional distress award is duplicitous.    Further, and underscoring the Petition and Schedules are a ruse and fraud upon the Court and creditors, Khan's asserted "disclosure" - that the $100,000.00 emotional distress award in the State Court Action - is somehow all that is being awarded by the LASC, is itself wholly and materially misleading.    The Debtor's Sunday night petition filing occurred just 48 hours after the Court had closed the damages phase trial evidence (regarding the valuation of the RIL common shares owned by Mr. Barton and fraudulently converted by Khan/Tomkow) and followed the Court's April 4, 2013 advisement that its award of general and punitive damages (based on the share value determination) against Khan was forthcoming.    Hence, it is no surprise that Debtor and his counsel have attempted to steamroll through fraudulent bankruptcy filings and sham "plans" before the LASC issues its damages awards against him and, thereupon, provides valuation findings that will further underscore the misrepresentations as to

6

Khan's assets and provide, in fact, the Trustee and Bankruptcy Court with dispositive evidence of the abuse inherent in this filing by Debtor.

**III.    The Pending Decision In The State Court Action Will Affect The Value And Valuation Of The Khan Estate; The Valuation Evidence And Debtor Khan's Admissions Confirm the Petition / Schedules Are A Fraud.**

It is already known that Mr. Barton has prevailed on his fraud and related intentional tort claims against Messrs. Khan and Tomkow in the State Court Action.    See, Stipulations for Relief From Stay docketed and filed in both Khan and Tomkow bankruptcies on or about April 23, 2013 [Docket Nos. 9 in both bankruptcies]).    The State Court will soon be issuing its further statement of decision regarding the valuation of the common stock in RPost International Limited, the fraud and related general damages award against Debtor Khan and others as well as assessing punitive damages against Khan and others based upon the State Court's determination of their respective net worth after a multi-day punitive damages phase.    In fact, the Court in the State Court Action is "prepared to rule" on that submitted matter and will issue its statement of decision in short order.    That decision impacts the instant bankruptcies of Khan and Tomkow because both Khan and Tomkow own literally millions of shares of RIL common stock[2] and 750,000 shares of RComm stock, among other share assets.

While the final per share value the State Court places on the RIL Common Stock will be contained in the Court's forthcoming further statement of decision, that Court has unequivocally stated that the RIL common stock is not without value.    To provide the

---

2    Mr. Khan owns approximately 6,016,500 shares of RIL common stock.    Mr. Tomkow owns approximately 7,822,000 shares of RIL common stock.    The Trial Court in the State Court Action is determining the value of the RIL common stock, which will also highlight the Debtor's assets (just based on the RIL Common Share ownership) and that the instant Petition and Schedules are materially misleading and should never have been filed.

**CREDITOR KENNETH BARTON'S OBJECTIONS TO DEBTOR'S PLAN**

8681-009\pldg\Obj-Plan.001

Court and Trustee with some measure of guidance as to what can be expected via the Trial

Court's valuation findings, Plaintiff's valuation expert, Jaime d'Almeida of Duff & Phelps,

testified that the per share value of the RIL common stock was $2.43 as of June/July 2009

(when Mr. Barton's shares were determined to have been stolen by Khan/Tomkow, et al.

through corporate records forgery), which common share price was derived from the $3.85

per preferred share price in RIL then prevailing.   The enterprise value of RIL as of said

date was determined by Mr. d'Almeida to be just over $98,000,000.   See, Exhibit 9 hereto

for excerpts of Mr. d'Almeida's report.   (Of course, as Mr. Khan admits that the preferred

share prices were, just 8 months ago, at $5.75 per preferred share, there is little doubt that

the enterprise value of the RPost Companies exceeds even the $98M from 2009).   At the

very least, a third-party expert, Dr. Paul Wazzan, whom Debtor's own state court counsel

suggested be the independent expert at the State Court's valuation evidentiary hearings,

placed the value of RIL common stock at $.64 per share (See, Exhibit 10 for excerpt of Dr.

Wazzan report attached) as of June 2009 (again derived from the same $3.85 preferred

share price in RIL then prevailing in June/July 2009 and with an enterprise value at over

$35,000,000.00).

Even if the State Court were to use the low-end valuation of $.64/share, that means

that Khan's RIL common stock was worth at least $3,850,560.00 as of June 2009.   Given

the fact that Khan himself estimates his liabilities to be just $727,558.00 (see Khan

Summary of Schedules dated April 29, 2013) (and he has falsely claimed his RPost

Companies' share holdings have no value), it is apparent that the Debtor's assets vastly

outweigh his liabilities and he does not even belong in bankruptcy.   <u>And, these asset

valuations are in addition to the RComm preferred shares held by Debtor valued at over

$4.3M.</u>   With $8M to $9M, at least, in assets held by Khan (and at least another $5M in

corporate cash under his control), calling the veracity of the Debtor's bankruptcy filings

and plan into serious question is no challenging feat and under no circumstance is Debtor's

Plan in good faith, a best effort or otherwise free from rampant fraud.   Instead, just the

opposite is true – permitting Khan and his counsel to parade this fraudulent,

8

**CREDITOR KENNETH BARTON'S OBJECTIONS TO DEBTOR'S PLAN**

under-penalty-of-perjury presentation of financial condition as fact is a blatant abuse of the Bankruptcy Court and an overt effort to defraud all creditors, including Mr. Barton.

Under these facts, dismissal of the bankruptcies is required and, as noted below, Rule 11 inquiries and proceedings should be initiated. At the very minimum in the short term, the 341A hearing, the plan objections/confirmation hearing and related deadlines should be continued for 60 days so that the Trustee and the Court will have sufficient opportunity to review these matters further and take appropriate dispositive steps to stop Debtor's bankruptcy abuses. Waiting for the State Court to issue its decision on these material issues will also save the Trustee and the Court from unnecessary determinations and work-up and prevent the Debtors from bum-rushing their plans through the process while seeking to avoid the impact of the State Court action they stalled by their 11th hour, Sunday night filings.

## IV. The Contradictory Filings Of Khan In The Bankruptcy And State Court Actions Demonstrate Violations Of F.R.C.P. Rule 11.

Under F.R.C.P. Rule 11 (as adopted in the Bankruptcy Rules), Khan and his counsel had and have an obligation not to proceed with a bankruptcy which contains materially false information and continues (for example, with the proposed "plans") to misrepresent the facts, and Khan financial condition, to the Bankruptcy Court; such actions are in bad faith and would result in their respective creditors being defrauded. As Khan has already been adjudicated via the State Court Action to have committed fraud (and at such an egregious level as to warrant the imposition of punitive damages (based in part on their forgery of corporate records in their attempt to steal Mr. Barton's approximately 20% equity stake in RIL)), the misrepresentations and blatant contradictions contained within their bankruptcy filings cannot be trivialized or chalked up to an inexperienced bankruptcy counsel. Rather, they evince a continuing pattern of making direct mis-representations to the courts before which they appear and without any fear of reprisals. Rule 11

9

**CREDITOR KENNETH BARTON'S OBJECTIONS TO DEBTOR'S PLAN**

8681-009\pldg-Obj-Plan.001

1 | proceedings should be initiated as part of an order dismissing the bankruptcy and/or
2 | continuing the scheduled proceedings.
3 |
4 |
5 | **V.    At The Very Least, The 341(A) Meetings, Plan Hearings And Objection
6 | Dates, And The Non-Dischargeability Filing Deadlines Should Be
7 | Continued For 60 Days To Accord The Trustee Time To Move To
8 | Dismiss The Khan And Tomkow Bankruptcies.**
9 |
10 | Given the aforementioned landscape, Creditor Barton believes it prudent and in the
11 | interests of justice to continue the 341(a) meetings (presently scheduled for May 28, 2013)
12 | and the plan hearings, objection dates and dischargeability filing deadlines for 60 days so
13 | that the Trustee (and any to-be-employed counsel and/or CPA) can receive, review and
14 | assess the effect of the Trial Court's statement of decision in the State Court Action and
15 | consider the impact thereof on any further bankruptcy proceedings or, indeed, whether the
16 | Khan bankruptcy should simply be dismissed. This information also makes clear that the
17 | 341(a) examination is in itself inadequate to address the rampant fraud and bankruptcy
18 | abuse being undertaken by the Debtors and their representatives.

For the reasons stated above, Debtor's Plan does not represent his best efforts and
should be rejected.

DATED: May 21, 2013                MCGARRIGLE, KENNEY & ZAMPIELLO, APC

By _____
        Patrick C. McGarrigle, Esq.
        Michael J. Kenney, Esq.
        Attorney for Creditor
        Kenneth Barton

**CREDITOR KENNETH BARTON'S OBJECTIONS TO DEBTOR'S PLAN**

8681-009\pldg\Obj-Plan.001

# EXHIBIT 1

KHAN NET WORTH

| Assets | | | |
|---|---|---|---|
| | real property | | |
| | | home | $751,200.00 |
| | | | |
| | | car: 2001 BMW X-5 | $8,000.00 |
| | | car: 2005 Dodge Caravan | $4,000.00 |
| | cash | boat | $30,000.00 |
| | securities | | $68,000.00 |
| | | | |
| | | Morgan Stanley (retirement mutual fund) | $25,000.00 |
| | | Schwab (wife retirement account) | $36,800.00 |
| | | RPost International common shares (6,000,000) | speculative |
| | | RPost Communications common shares (750,000) | speculative |
| | | RPost Communications preferred shares (188,042) | speculative |
| | | Rmail Limited common shares (250) | $0.00 |
| | | | |
| | Total | | $923,000.00 |
| | | | |
| Liabilities | | | |
| | mortgage | | $574,000.00 |
| | tax liability | | $57,650.00 |
| | credit card debt | | $10,500.00 |
| | motor vehicle loan | | $17,000.00 |
| | | | |
| | Total | | $659,150.00 |
| | | | |
| Net Worth | | | $263,850.00 |
| | | | |
| Net Worth excluding retirement account | | | $238,850.00 |
| | | | |
| Net Worth excluding retirement account and Zanzu working capital | | | $211,850.00 |

# EXHIBIT 2

# EXHIBIT 2(A)

NOMKON NET WORTH

| Assets | | | |
|---|---|---|---|
| | real property | home | $393,000.00 |
| | personal property | | |
| | | car: 2002 Eurovan | $8,000.00 |
| | | car: 2000 VW beetle | $2,000.00 |
| | cash | | $1,718.00 |
| | securities | | |
| | | Canada RRSP (retirement mutual fund) | $218,383.00 |
| | | USC Retirement Plan (wife retirement fund) | $117,184.00 |
| | | RPost International common shares (7,800,000) | speculative |
| | | RPost Communications common shares (750,000) | speculative |
| | | RPost Communications preferred shares (76,923) | speculative |
| | | Rmail Limited common shares (250) | $0.00 |
| | Total | | $740,285.00 |
| | | | |
| Liabilities | | | |
| | mortgage | | $266,892.00 |
| | home equity line of credit | | $177,623.00 |
| | tax liability | | $57,650.00 |
| | credit card debt (noncurrent) | | $7,000.00 |
| | Total | | $509,165.00 |
| | | | |
| Net Worth | | | $231,120.00 |
| | | | |
| Net Worth excluding retirement accounts | | | -$104,447.00 |

# EXHIBIT 2(B)



# APPRAISAL OF REAL PROPERTY

## LOCATED AT:

1301 Carmona Ave
Los Angeles, CA  90019
TRACT NO 8643 LOT 4

## FOR:

McGarrigle, Kenney & Zampiello, APC

## AS OF:

11/25/2012

## BY:

Pekler, Maxim

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 1301 Carmona Ave |
| | Legal Description | TRACT NO 8643 LOT 4 |
| | City | Los Angeles |
| | County | Los Angeles |
| | State | CA |
| | Zip Code | 90019 |
| | Census Tract | 2171.00 |
| | Map Reference | 633/C4 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ N/A |
| | Date of Sale | N/A |

| CLIENT | | |
|---|---|---|
| | Client | McGarrigle, Kenney & Zampiello, APC |
| | Appraiser | Pekler, Maxim |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | 2,216 |
| | Price per Square Foot | $ N/A |
| | Location | Good |
| | Age | 83 yrs |
| | Condition | Average |
| | Total Rooms | 8 |
| | Bedrooms | 4 |
| | Baths | 2.00 |

| APPRAISER | | |
|---|---|---|
| | Appraiser | Pekler, Maxim |
| | Date of Appraised Value | 11/25/2012 |

| VALUE | | |
|---|---|---|
| | Opinion of Value | $ 800,000 |

# EXHIBIT 3

```
CASE NUMBER:          YC061581

CASE NAME:            KENNETH BARTON vs

                      RPOST INTERNATIONAL

LOS ANGELES, CA       TUESDAY, NOVEMBER 20, 2012

DEPARTMENT B          HON.  STUART M. RICE, JUDGE

REPORTER:             ERMELINDA HERNANDEZ, CSR NO. 12257

APPEARANCES:          (AS HERETOFORE NOTED)
```

*****

THE COURTROOM ASSISTANT:  Court is now in session.

THE COURT:  On the record on the case of Barton vs
RPost International, Case Number YC061581.  There's a
stipulation and order to use a certified shorthand
reporter, which I have signed.

And counsel, appearances.

MR. MC GARRIGLE:  Good morning, Patrick
Mc Garrigle for the plaintiff, Barton.  Mr. Barton is
present.

MR. BEN-ZVI:  Good morning, your Honor.  Henry
Ben-Zvi for defendants.  Mr. Khan is in the hallway
outside.

THE COURT:  Okay.  You want to bring him in or
rather he stay in the hallway?

MR. BEN-ZVI:  I'll bring him in.  There's stuff I
want to discuss that he can be here or not for that.

THE COURT:  I have reviewed Mr. Ben-Zvi's brief
recently, I read it.  I received Mr. Mc Garrigle's brief
just now.  I've skimmed it and I would like to read it
in more detail.  I'll read that later.  Let's deal with

1    the court's time by going through every single page.  I

2    want to reserve the right in looking at them tonight.

3    If I find something that, in fact, we didn't produce and

4    isn't what I stipulated to, I will relate that with the

5    court.

6        THE COURT:  Okay.  I don't know how much time you

7    want to spend on the credit cards.

8        MR. MC GARRIGLE:  Not much time at all, trying to

9    short circuit the documents received.

10   BY MR. MC GARRIGLE:

11       Q      Mr. Khan, with respect to the credit card

12   records that you produced, United Miles Plus, Citi Bank

13   Advantage, the U.S. Airways card, those are all personal

14   cards that you use for business that RPost entities to

15   be determined pay the bills; is that correct?

16       A       These are exclusively business purchases.

17   A lot of it is for regular business operations, data

18   center costs, other things.

19       Q      And but to answer my question, the

20   businesses, whether it's RPost Limited, RPost Comm --

21   RComm or RPost U.S., they pay for the credit card bills;

22   correct?

23       A      Yes, these particular credit card bills.

24       Q      What about with respect to your B of A,

25   your University of Pennsylvania credit card who pays

26   that?

27       A      I do.

28       Q      Draw your attention then, Mr. Khan, to

26

1    3/31/2011, 3/31/2012 give me your best understanding of

2    the amount of money raised through preferred shares of

3    RComm being sold?

4        A      The numbers -- we have the numbers, but off

5    the top of my head I would guess about 2- to $3 million.

6    But again we have the numbers in the document here

7    somewhere.

8        Q      They're not in the documents, Mr. Khan,

9    that's why I'm asking.

10       Your best estimate is that you raised 2- to

11   $3 million in the first year of RComm; correct?

12       A      Yes.

13       Q      And then in 2012 did you increase the

14   offering to 5.75 per preferred share?

15       A      Yes.

16       Q      And is it a correct statement that as of

17   your October 2012 shareholder meeting for RComm that you

18   advised the shareholders that you had raised

19   approximately $5 million?

20       A      Yes.

21       Q      Now, in that time period, Mr. Khan, did you

22   undertake to engage anyone to provide evaluation of

23   RComm as an enterprise?

24       A      No.

25       Q      With respect to any of those preferred

26   share pricing, did you consult with any outside party to

27   assist you in arriving at those evaluations?

28       A      No.

HAHN & BOWERSOCK 800-660-3187 FAX 714-662-1398
151 KALMUS DRIVE, SUITE L1 COSTA MESA, CA 92626

1  basically one series of potential transactions that can

2  result for profitability.  The advantage is that it's

3  just the common shareholders.

4       THE WITNESS:  Correct.  So the advantage is

5  there's a benefit, a potential of realizing some benefit

6  to the common shareholders before the preferred --

7  without the preferred shareholders.

8            First, to downsize if it's a smaller

9  market, an exclusive and permanent market.  For me to

10 market it's interesting market, because there's a lot of

11 Fortune 500 insurance companies that have a presence in

12 Bermuda.  And so it's a good market for the type of

13 product that we offer.

14      THE COURT:  And thus far?

15      THE WITNESS:  Thus far we have customers in

16 Bermuda.  We haven't been able to invest in sales and

17 marketing until we see how much money we have after the

18 litigation.

19      THE COURT:  Because it would affect your punitive

20 damages?

21      THE WITNESS:  Well, we left sufficient money in

22 there for the sales and marketing, but now we have to

23 see -- we are allocating 100,000 of that to the prior

24 court order.  And then we have, if there are punitive

25 damages by RPost International, those would have

26 presumably have been paid out of their -- probably legal

27 expenses.  The plan is to make sure that that is an

28 entity that certainly benefits to that entity be

HAHN & BOWERSOCK 800-660-3187 FAX 714-662-1398
151 KALMUS DRIVE, SUITE L1 COSTA MESA, CA 92626

# EXHIBIT 4

CASE NUMBER:          YC061581

CASE NAME:            KENNETH BARTON vs

                      RPOST INTERNATIONAL

LOS ANGELES, CA       TUESDAY, NOVEMBER 21, 2012

DEPARTMENT B          HON.  STUART M. RICE, JUDGE

REPORTER:             ERMELINDA HERNANDEZ, CSR NO. 12257

APPEARANCES:          (AS HERETOFORE NOTED)

                          * * * * *

        THE COURT:  Good morning, everyone.

            On the record on Barton versus RPost
International, YC061581.  Everyone is in their
respective places and ready to go.  We are going to
finish with Mr. Khan?

        MR. MC MC GARRIGLE:  Yes.

        THE COURT:  Mr. Khan, please.  Welcome back.  I
remind you that you remain under oath.  You understand
that, sir?

        THE WITNESS:  Yes.

        THE COURT:  Mr. Mc Garrigle.


        DIRECT EXAMINATION (CONTINUED)

BY MR. MC GARRIGLE:

        Q     Mr. Khan, yesterday at the end of the
session you gave some testimony to the Court about a few
matters.  I want to touch on these first before we move
on to a different subject.

            You stated that -- I believe you stated
that RPost International had set aside funds to deal

1    investment outlook for the funding of this patent.  We

2    already went to existing investors and tried to raise

3    money for the acquisition and we were turned down.

4        Q       Mr. Khan, let's move on.

5              The bank accounts that you have provided us

6    documentation of are there any other bank accounts that

7    you have named on or signatory to anywhere in the world?

8        A       Other than what?

9        Q       Other than your personal bank accounts that

10   your lawyer produced us documentation of?

11       A       Yes.

12       Q       What accounts are those?

13       A       I'm a signatory on a number of corporate

14   accounts.

15       Q       What corporate accounts are you talking

16   about?  RPost company accounts?

17       A       RPost Communications, RPost International

18   RMail, RPost Holdings, RPost U.S., Momentex, on RPost

19   S.A., I believe, maybe RPost A.G.

20       Q       How is it, Mr. Khan, that you're a

21   signatory on Momentex, and it is Momentex, Inc.?

22       A       Yes.

23       Q       This is the Momentex, Inc. That Mr. Rojas

24   is the owner of?

25       A       Yes.

26       Q       I think you testified yesterday that you

27   have no ownership it that company; is that correct?

28       A       Correct.

HAHN & BOWERSOCK 800-660-3187 FAX 714-662-1398
151 KALMUS DRIVE, SUITE L1 COSTA MESA, CA 92626

1      Q      But you're a signatory on its bank

2 accounts?

3      A      On it's bank account, yes.

4      Q      Do have a power of attorney to act on

5 behalf of Mr. Rojas?

6      A      No.

7      Q      Did you open up the bank account for

8 Momentex, Inc. Belize?

9      A      I up the bank account for Momentex for

10 Mr. Rojas, yes.

11      Q      Did you do that in Belize?

12      A      No.

13      Q      Is Momentex, Inc. Based in Belize?

14      A      It's a Belize company.

15      Q      Do any of the RPost companies have any

16 business in Belize?

17      A      Yes.

18      Q      What business is that?

19      MR. BEN-ZVI: Objection, relevance.

20      THE COURT: Overruled.

21      THE WITNESS: We have at least a couple of

22 customers in Belize.

23 BY MR. MC GARRIGLE:

24      Q      Couple customers, meaning two or three, I

25 presume?

26      A      I don't know the number of customers, but

27 we do have customers in Belize.

28      Q      That what, that contract for e-mail

110

# EXHIBIT 5



DATASHEET: OVERVIEW

# RPost® Services: Triple Play

## Integrated proof, encryption & e-signatures

**Registered Email® services are secure, authenticated and legal electronic messaging, document, and web services -- the way the world transacts business when it matters!**

**A Problem Solved – The RPost Triple Play:** Who knew what when? Sending standard email is like sending a postcard written in pencil. Message content can be easily snooped or changed with a few mouse clicks without detection. Most of the time it is delivered; but sometimes it is not. Delivery is uncertain and in many cases, untraceable for end users. Using couriers or fax for receipts or to obtain recipient signatures on contracts is expensive and cumbersome. There is a better way; use RPost.



**Legal Proof®** records - RPost proves legal delivery, content and time for any email 100% of the time, regardless of recipient action, with delivery direct to recipient inbox and third party authentication on-demand.



**Compliant Encryption** – only RPost encryption protects the sender from fines associated with data breaches by transmitting encrypted and proving encrypted delivery; proof that any accusations of such data breach must have occurred after the recipient took control – off your watch!



**Authenticated E-Signatures** - obtain recipient electronic signoff on attachments to email. Only RPost authenticates signature, content, timestamp, and signoff audit trail for the highest evidential record of each transaction.

Since 2000, RPost has innovated to offer integrated services that reduce paper, postage, fax, time, risk and cost, while increasing security, and speeding business. Today, the world's largest companies rely on RPost.

## Installs in seconds; and now a free service!

First three users per company can use in any combination:

- ⓫ 10 Registered Email messages for proof, up to 200MB each,
- ⓫ 10 encrypted email messages for privacy and compliance, and
- ⓫ 10 documents e-signed or sent for recipient electronic signature.

*Ex. 119*

### The RPost Difference

**Service Breadth.**
More than 20 innovative services developed over the last 10 years running on RPost's patented Registered Email cloud platform.

**Simplicity. Availability.**
Intuitive and effortless user experience; apps for desktop, mobile and web platforms.

**Practical ROI for the Savvy.**
Save time, money, reduce business risk, speed transactions; more use brings greater ROI!

**Legal Proof®. Auditable.**
Only with RPost do you receive the most robust evidentiary records.

**Authentication. Forensics.**
On-demand third-party authentication of message, document content, times, delivery, privacy and legal compliance, e-signature authorship, and audit trail.

**Know & Trust your Provider.**
For 10 years we have pioneered messaging innovation trusted by global clients. Count on our team for your project success.

www.rpost.com

Case 1:16-cv-03971-WB Document... Filed 0... Page 30
Main Document Page 2 of 70

# Features

**Registered Email®** proof service, the worldwide standard for legal and verifiable proof of email delivery, opening, official time of sending and receiving, associated message and attachment content, with audit trail and authentication.

**Email Encryption**, with a variety of configuration options to maximize security while maintaining user simplicity and flexibility for enterprise organizations. This service is relied upon by some of the world's largest companies, has won the World Mail Award 2011 for security, and was the top pick by The Council of Insurance Agents & Brokers as the insurance industry #1 choice for HIPAA compliant email encryption.

**Legal Electronic Signatures**, with a wide variety of ESIGN compliant authenticated e-signature capabilities for sender, recipient, multi-parties, contracts, PDF forms and messages.

**Digital Seal®** time stamp and message authentication, like a postmark for electronic messages. This service now includes an option to add the sender's hand scripted signature on the bottom of the outbound email and attached PDF documents. The signatures are water-marked with a unique timestamp and the attached document is additionally PKI digitally signed for content integrity authentication.

**Certified Email™** sender authentication services to provide the recipient a simple means of authenticating message author without requiring any recipient software or plug-ins.

**Large File and Document services** transform attachments while en route to the recipient into secure PDF formats with options for meta-data file cleansing, removal of file history, compression and large file transfer up to 200Mb per message.

**SideNote®** service to permit the sender to embed private messages in an outbound email, visible to only the copied recipients as "yellow-sticky note" at the top of the message.

**Records management** reference and matter management, message subject line tagging, special auto-routing of message records, and advanced usage and status tracking reports with a dashboard view of who is using what, when.



# Benefits

- Boosts returns on process improvement investments with new efficiencies

- Reduces legal spend, litigation risk, paper, postage, administrative time and cost

- Proves compliance with data privacy mandates, deadlines for notices, and digital signature laws

- Speeds signoff with intuitive user experience

- Integrates all services into one simple user interface for Outlook, iPhone, Salesforce & more!

- Simple to automate based on message format, content filtering policies or APIs

- Trusted worldwide by the largest mailers, winner 2011 World Mail Security Award

RPost is the global standard for email proof, message encryption and electronic signature services which enable both sender and recipient to prove, sign, encrypt, archive and collaborate across desktop, mobile and online email platforms. Designed for industries such as insurance, financial services, legal, real estate, telecommunications and manufacturing where the speed of contract execution, encryption or court admissible email records is a business requirement. In use with the U.S. Government, global F500 companies and endorsed by influential American Bar associations. RPost, founded in 2000, has been granted 35 patents worldwide and operates in 8 languages.

Los Angeles | Boston | London | Amsterdam | Zurich | Sao Paulo and others...



+1.866.468.3315
www.rpost.com

RPost ©2012. RPost owns registered trademarks: REGISTERED E-MAIL®, ESIGNOFF®, SIDENOTE®, R-MAIL®, LEGAL PROOF®, RPOST®, and others. Patent and trademark registration numbers and more information are available at www.rpost.com. RPost makes available certain third-party legal opinions at www.rpost.com. Trademarks referencing third-party software are owned by their noted or respective owners; uses in this brochure and other RPost marketing materials are intended to be compliant with and respecting of their trademark policies. RPost presentations, brochures, and website content are for informational purposes only and should not be relied upon as legal advice. 0001-US-1-12



DATASHEET: SERVICE

# Registered Email® Proof

## Proof of delivery, content & timestamp

# The worldwide standard for legal, third-party authenticated records of who said what to whom and when by email. Proactive protection in case of a dispute; gain the upper hand.

**The RPost Difference**
Service Breadth.
More than 20 innovative services developed over the last 10 years running on RPost's patented Registered Email cloud platform.

Simplicity. Availability. Intuitive and effortless user experience; apps for desktop, mobile and web platforms.

Practical ROI for the Savvy. Save time, money, reduce business risk, speed transactions; more use brings greater ROI!

Legal Proof®. Auditable. Only with RPost do you receive the most robust evidentiary records.

Authentication. Forensics. On-demand third-party authentication of message, document content, times, delivery, privacy and legal compliance, e-signature authorship, and audit trail.

Know & Trust your Provider. For 10 years we have pioneered messaging innovation trusted by global clients. Count on our team for your project success.

**A Problem Solved – Registered Email® Proof:** Who knew what when? Sending standard email is like sending a postcard written in pencil. Message content can be changed with a few mouse clicks without detection. Most of the time it is delivered; but sometimes it is not. Delivery is uncertain and in many cases, untraceable for end users. You may think your IT staff can sift through logs to find out what happened to your VIP email; but how long do you keep those logs? Will the other party agree your text logs are authentic? Will your ISP cooperate, send you logs, and stipulate their authenticity and association with your message content? If you have an archive, it saves a nice picture of what you claim to have sent, but not whether, what or when your time-important email was received. Using couriers or fax for receipts is expensive and cumbersome. There is a better way; use RPost.



**Legal Proof®** records - RPost proves legal delivery, content and time for any email 100% of the time, regardless of recipient action with delivery direct to inbox.

**Registered Receipt™** return email – court tested, third party authenticated, on-demand reconstruction of original message content including attachments, transaction meta-data, delivery status, and timestamps.

RPost invented Registered Email services in 2000; now the world relies on Registered Email receipts for correspondence that has consequence.

## Installs in seconds; and now a free service!

First three users per company can use monthly, in any combination:
- ◉ 10 Registered Email messages for proof, up to 200MB each,
- ◉ 10 encrypted emails or documents e-signed or sent for signoff.

# Features

**Registered Email®** proof service, the worldwide standard for legal and verifiable proof of email delivery, opening, official time of sending and receiving, associated message and attachment content, with audit trail and authentication.

**Track & Trace** visibility and reports into message delivery to recipient authorized electronic agent, mailbox or opening.

**Large File and Document Services** transform attachments while en route to the recipient into secure PDF formats with options for meta-data file cleansing, removal of file history, compression and large file transfer up to 200Mb per message.

**Digital Seal®** time stamp and message authentication, like a postmark for electronic messages. This service now includes an option to add the sender's hand scripted signature on the bottom of the outbound email and attached PDF documents. The signatures are water-marked with a unique timestamp and the attached document is additionally PKI digitally signed for content integrity authentication.

**Certified Email™** sender authentication services to provide the recipient a simple means of authenticating message author without requiring any recipient software or plug-ins.

**Email Encryption,** with a variety of configuration options to maximize security while maintaining user simplicity and flexibility for enterprise organizations. This service is relied upon by some of the world's largest companies, has won the World Mail Award 2011 for security, and was the top pick by The Council of Insurance Agents & Brokers as the insurance industry #1 choice for HIPAA compliant email encryption.

**Legal Electronic Signatures,** with a wide variety of ESIGN compliant authenticated e-signature capabilities for sender, recipient, multi-parties, contracts, PDF forms and messages.

**Records Management** reference and matter management, message subject line tagging, special auto-routing of message records, and advanced usage and status tracking reports with a dashboard view of who is using what, when.



# Benefits

- Move more paper to electronic where time, delivery, or receipts are important; eliminate fax

- Reduce legal spend, litigation risk, paper, postage, administrative time and cost

- Prove compliance with contract notices requirements and deadlines for legal notices

- Use in your existing desktop software, mobile, or web email user interface (Outlook, iPhone & more)

- Automate based on message format or with APIs

- #1 pick in JMBM Corporate Counsel Guide to moving legal notices to electronic delivery

- Trusted worldwide by the largest mailers, winner 2011 World Mail Security Award

RPost is the global standard for email proof, message encryption and electronic signature services which enable both sender and recipient to prove, sign, encrypt, archive and collaborate across desktop, mobile and online email platforms. Designed for industries such as insurance, financial services, legal, real estate, telecommunications and manufacturing where the speed of contract execution, encryption or court admissible email records is a business requirement. In use with the U.S. Government, global F500 companies and endorsed by influential American Bar associations. RPost, founded in 2000, has been granted 35 patents worldwide and operates in 8 languages.

Los Angeles  |  Boston  |  London  |  Amsterdam  |  Zurich  |  Sao Paulo and others...



+1.866.468.3315
www.rpost.com

RPost ©2012. RPost owns registered trademarks: REGISTERED E-MAIL®, ESIGNOFF®, SIDENOTE®, R-MAIL®, LEGAL PROOF®, RPOST®, and others. Patent and trademark registration numbers and more information are available at www.rpost.com. RPost makes available certain third-party legal opinions at www.rpost.com. Trademarks referencing third-party software are owned by their noted or respective owners; uses in this brochure and other RPost marketing materials are intended to be compliant with and respecting of their trademark policies. RPost presentations, brochures, and website content are for informational purposes only and should not be relied upon as legal advice.
0001-US-1-12



Home   Contact   Support   FAQ   News & Events   About RPost   Follow Us   Blog          type here to search.

Apps Marketplace     Services     Industries     Partners     Resources

**Send Now!**

**Order Now!**

*I have found that an RPost Registered Email message can legally establish notification which is sent faster and more efficiently than anything else around.*

Greg Meyers, Greg Meyers Appraisal

## Services

▸ Registered Email
▸ Electronic Signatures
▸ Email Encryption
▸ Sender Authentication
▸ Proof Archive
▸ Email Efficiency
▸ Services Summary

## Get Started

▸ Apps Marketplace
▸ Request a Call Back
▸ Take 3-minute Tour
▸ Why Choose RPost?
▸ View Quick Guide
▸ View IT Guidelines
▸ RPost on YouTube

## Follow Us



## RPost Newsletter

Register to receive our Monthly Update Newsletter.

Email Address

Name

[ Subscribe ]

Home | Services Summary

# Services Summary

| Service | Feature | Description |
| --- | --- | --- |
| Legal Proof® | Registered Receipt™ | Email record which is returned to sender and provides legally verifiable and admissible proof of delivery, content, and time for important outbound messages. |
| | Marked | The Registered Email message is sent with a special banner and markings. |
| | Unmarked | The Registered Email message is sent with no banner or markings. |
| | For Official Use Only | Government organizations can customize an 'Official' banner with their logo or seal. |
| Electronic Signatures | Digital Seal® | Allows the sender to electronically sign and timestamp an email and each page of attachment(s) with a single click. |
| | eSignOff® | Allows the recipient to electronically sign and timestamp an email and each page of attachment(s) entirely by email. |
| | eContract™ | Both the sender and recipient can electronically sign and timestamp the same email and attachment. |
| Email Encryption | SecuRmail™ Encryption | Simple to use and secure end-to-end encryption (128 bit) service. The receiver is required to insert a password to open the message and does not need to use any special keys or accounts or visit any special websites. |
| | PDF Conversion | Converts Microsoft Office attachments to PDF format with one click. |
| | Metadata Cleaning | Removes metadata from a Microsoft Office attachment to reduce potential exposure to hidden information saved in that file. |
| | PKI Digital Certificate Compatibility | RPost is fully compatible with PKI Digital Certificates and adds the proof of delivery, content and time to the transmission. |
| Proof Archive™ | Classification Codes | Allows the sender to assign a client, reference or matter code to each Registered Email message sent. |
| | Proof Archive™ | Users have option to store the Registered Receipt emails in a secure, web-accessible, searchable archive that can be deployed in-house or enabled in a hosted environment by an RPost partner. |
| | Usage Reports | Detailed reports itemizing the dates, recipient addresses, client codes, number of units and message ID for each Registered Email message sent. |

| | SideNote® Service | Adds private yellow "sticky notes" for CC and BCC message recipients. |
|---|---|---|
| Email Efficiency | Intake™ Service | Retains legally verifiable proof of delivery, content and time for inbound email received by your organization. |
| | Register Reply™ | Returns recipient's reply as a Registered Email message without the recipient needing any special software. |

featured in:

THE WALL STREET JOURNAL   Forbes   COMPUTERWORLD   Los Angeles Business Journal   Los Angeles Lawyer   WEEK

**Home**
About Us
Apps
RPost Cloud
Blog
Press Room
Contact Us
Support
Partners
Secure
Site Map

**Industry Solutions**
Legal
Insurance Agents & Brokers
Insurance Carriers
Real Estate
Travel
Factoring/ABLs
Auditing
Telecom Carriers
Financial Services
Government
Franchise
Engineering
Pharmaceutical

**Functional Solutions**
General Counsel
Procurement
Human Resources
Sales Management
Records Management
Risk Management
Compliance Management
Accounting

**RPost Integrates With:**
Outlook
IBM Lotus
GroupWise
BlackBerry
iPad
iPhone
Android
Box
VMware Zimbra
SalesForce.com
SAP
Applied Systems
FactorFox
FactorSoft
BlueTie

**RPost Carriers:**
Bermuda Postal Service
Colombia Postal Service
Cayman Islands Postal Service
Iceland Postal Service
AT&T
Orange

RPost Copyright 1999 - 2012 All Rights Reserved. Legal Notice - View general terms & conditions, service level agreements, privacy and legal notices. RPost does not provide legal advice.

RPost technology is patented with worldwide coverage. REGISTERED EMAIL®, RPOST®, RMAIL®, (R)®, (R)EGISTERED EMAIL®, LEGAL PROOF®, ESIGNOFF®, SIDENOTE®, CERTIFIED EMAIL(TM), SECURMAIL(TM) are among RPost's registered trademarks in the United States and registered and unregistered trademarks in countries worldwide.

Various other companies and products are referred to by their trade names and logos. In most, if not all cases, the respective companies claim these designations as trademarks or registered trademarks. The use of these trade names and logos on rpost.com is for illustrative purposes only.



Home    Contact    Support    FAQ    News & Events    About RPost    Follow Us    Blog          type here to search.

Apps Marketplace        Services        Industries        Partners        Resources

Home | Apps Marketplace

## Apps Marketplace

▸ All Apps

### By Platform
▸ Microsoft
▸ Apple
▸ Android
▸ RIM
▸ IBM Lotus Notes
▸ Web Email
▸ more apps...

### By Category
▸ Desktop Software
▸ Mobile Messaging
▸ Web Applications

Select an icon to review App details, screenshots, installation instructions and to Register for a Free Trial Download.

     

RMail Desktop 2000/02/XP | RMail Desktop 2003/2007 | RMail Desktop 2010 32-bit | RMail Desktop 2010 64-bit | RMail Desktop IBM Lotus Notes | RMail Web Zimbra Zimlet | RMail Desktop GroupWise 6.x

 

RMail Desktop GroupWise 7.x | RMail Mobile BlackBerry | RMail Mobile Apple iPhone | RMail Mobile Apple iPad | RMail Mobile Android | RMail Web RMail 2.0 | RMail Web Web Browsers

   

RMail Web for Box | RMail Web Gmail by Google | RMail Web Apple Safari | RMail Web Yahoo! Mail | RMail Web Hotmail | RMail Web Aol Mail.



featured in:
THE WALL STREET JOURNAL    COMPUTERWORLD    Los Angeles Business Journal    Los Angeles Lawyer    WEEK



| Home | Industry Solutions | Functional Solutions | RPost Integrates With: | RPost Carriers: |
|---|---|---|---|---|
| About Us | Legal | General Counsel | Outlook | Bermuda Postal Service |
| Apps | Insurance Agents & Brokers | Procurement | IBM Lotus | Colombia Postal Service |
| RPost Cloud | Insurance Carriers | Human Resources | GroupWise | Cayman Islands Postal Service |
| Blog | Real Estate | Sales Management | BlackBerry | Iceland Postal Service |
| Press Room | Travel | Records Management | iPad | AT&T |
| Contact Us | Factoring/ABLs | Risk Management | iPhone | Orange |
| Support | Auditing | Compliance Management | Android | |
| Partners | Telecom Carriers | Accounting | Box | |
| Secure | Financial Services | | VMware Zimbra | |
| Site Map | Government | | SalesForce.com | |
| | Franchise | | SAP | |
| | Engineering | | Applied Systems | |
| | Pharmaceutical | | FactorFox | |
| | | | FactorSoft | |
| | | | BlueTie | |

RPost Copyright 1999 - 2012 All Rights Reserved. Legal Notice - View general terms & conditions, service level agreements, privacy and legal notices. RPost does not provide legal advice.

RPost technology is patented with worldwide coverage. REGISTERED EMAIL®, RPOST®, RMAIL®, (R)®, (R)REGISTERED EMAIL®, LEGAL PROOF®, ESIGNOFF®, SIDENOTE®, CERTIFIED EMAIL(TM), SECURMAIL(TM) are among RPost's registered trademarks in the United States and registered and unregistered trademarks in countries worldwide.

Various other companies and products are referred to by their trade names and logos. In most, if not all cases, the respective companies claim these designations as trademarks or registered trademarks. The use of these trade names and logos on rpost.com is for illustrative purposes only.

7



Home  Contact  Support  FAQ  News & Events  About RPost  Follow Us  Blog          type here to search.

Apps Marketplace     Services     Industries     Partners     Resources

▸ All Apps

## By Platform

▸ Microsoft
▸ Apple
▸ Android
▸ RIM
▸ IBM Lotus Notes
▸ Web Email
▸ more apps...

## By Category

▸ Desktop Software
▸ Mobile Messaging
▸ Web Applications

Home | Apps Marketplace | Microsoft | RMail Desktop

# RMail Desktop



### Download

## Screenshots

### for Outlook 2000/2002XP

Installing the RMail Desktop software adds a "Send Registered™" button to the mail compose window in Microsoft Outlook 2000/2002XP. The button will appear above or next to the traditional "Send" button, and allows the user to send Registered Email® messages.

RMail Desktop software includes the following services; Registered Email messages, encryption, electronic signature & contracting, PDF conversion, authentication, metadata cleaning, time-stamping and more.

Click the Download button to Register for a Free Trial and Download the App, or review pricing and Buy Now. If you are already an RPost customer, Download the App or Install an Update.



Installation     Recommended Settings

### New Installation:

1. Close Microsoft Outlook, Microsoft Word and other programs tied into Outlook.

2. Ensure you have selected the appropriate software download matching the version of Outlook currently installed. In this case it would be for Outlook 2002, 2002XP.

3. Click Download button above and then follow the screens depicted below.



## Guides:

› RPost Outlook Installation Guide

› RPost Outlook QUICK Install Guide

› RPost Outlook Training Guide

› RPost Outlook 2000 / 2002XP Troubleshooting Guide

## Button Upgrades:

› Download RPost - Outlook Button Upgrade Procedure OR

1. Close Microsoft Outlook, Word and other programs tied into Outlook.

2. Windows XP: Click: Start > Settings > Control Panel > Add/Remove Programs.

3. Windows Vista/7: Click: Start > Control Panel > Programs > Uninstall a program.

4. Select and uninstall the program RPostOffice.

5. Follow the "New Installation" instructions above.

featured in:
THE WALL STREET JOURNAL    COMPUTERWORLD   Los Angeles Business Journal   Los Angeles Lawyer   WEEK

Home
About Us
Apps
RPost Cloud
Blog
Press Room
Contact Us
Support
Partners
Secure
Site Map

**Industry Solutions**
Legal
Insurance Agents & Brokers
Insurance Carriers
Real Estate
Travel
Factoring/ABLs
Auditing
Telecom Carriers
Financial Services
Government
Franchise
Engineering
Pharmaceutical

**Functional Solutions**
General Counsel
Procurement
Human Resources
Sales Management
Records Management
Risk Management
Compliance Management
Accounting

**RPost Integrates With:**
Outlook
IBM Lotus
GroupWise
BlackBerry
iPad
iPhone
Android
Box
VMware Zimbra
SalesForce.com
SAP
Applied Systems
FactorFox
FactorSoft
BlueTie

**RPost Carriers:**
Bermuda Postal Service
Colombia Postal Service
Cayman Islands Postal Service
Iceland Postal Service
AT&T
Orange

RPost Copyright 1999 - 2012 All Rights Reserved. Legal Notice - View general terms & conditions, service level agreements, privacy and legal notices. RPost does not provide legal advice.
RPost technology is patented with worldwide coverage. REGISTERED EMAIL®, RPOST®, RMAIL®, (R)®, (R)EGISTERED EMAIL®, LEGAL PROOF®, ESIGNOFF®, SIDENOTE®, CERTIFIED EMAIL(TM), SECURMAIL(TM) are among RPost's registered trademarks in the United States and registered and unregistered trademarks in countries worldwide.

Various other companies and products are referred to by their trade names and logos. In most, if not all cases, the respective companies claim these designations as trademarks or registered trademarks. The use of these trade names and logos on rpost.com is for illustrative purposes only.



Home    Contact    Support    FAQ    News & Events    About RPost    Follow Us    Blog         type here to search.

Apps Marketplace    Services    Industries    Partners    Resources

- All Apps

## By Platform

- Microsoft
- Apple
- Android
- RIM
- IBM Lotus Notes
- Web Email
- more apps...

## By Category

- Desktop Software
- Mobile Messaging
- Web Applications

Home | Apps Marketplace | RIM | RMail Mobile

# RMail Mobile

### for BlackBerry

Download the RMail Mobile App directly to your BlackBerry and send RPost Registered Email® messages from your current email account(s). The service is available in English, Spanish, Portuguese, German and French.

This release supports BlackBerry OS 4.5 and higher. For any support and installation related issues, please contact support@rpost.com.

IMPORTANT: The setup requires either a current RPost Registered Email account or prior authorization from RPost to send Registered Email messages from your BlackBerry. To obtain authorization, please contact support@rpost.com. Review the installation instructions below and download a copy of the Quick Install and User Guide before proceeding further. The App is free to install.

**Access App**

## Screenshots

     

Installation

The App may be downloaded directly to your BlackBerry or via a download to your desktop. Open and save the Quick Install and User Guide below - it contains information and links to start using Registered Email services by RPost with the BlackBerry App:

- RPost BlackBerry App Quick Install and User Guide

---

featured in:
THE WALL STREET JOURNAL    FORBES    COMPUTERWORLD    Los Angeles Business Journal    Los Angeles Lawyer    WEEK

| Home | Industry Solutions | Functional Solutions | RPost Integrates With: | RPost Carriers: |
|------|-------------------|---------------------|----------------------|-----------------|
| About Us | Legal | General Counsel | Outlook | Bermuda Postal Service |
| Apps | Insurance Agents & Brokers | Procurement | IBM Lotus | Colombia Postal Service |
| RPost Cloud | Insurance Carriers | Human Resources | GroupWise | Cayman Islands Postal Service |
| Blog | Real Estate | Sales Management | BlackBerry | Iceland Postal Service |
| Press Room | Travel | Records Management | iPad | Orange |
| Contact Us | Factoring/ABLs | Risk Management | iPhone | |
| Support | Auditing | Compliance Management | Android | |
| Partners | Telecom Carriers | Accounting | Box | |
| Secure | Financial Services | | VMware Zimbra | |
| Site Map | Government | | SalesForce.com | |
| | Franchise | | SAP | |
| | Engineering | | Applied Systems | |
| | Pharmaceutical | | FactorFox | |
| | | | FactorSoft | |
| | | | BlueTie | |

RPost Copyright 1999   2012 All Rights Reserved. Legal Notice - View general terms & conditions, service level agreements, privacy and legal notices. RPost does not provide legal advice.

RPost technology is patented with worldwide coverage. REGISTERED EMAIL®, RPOST®, RMAIL®, (R)®, (R)EGISTERED EMAIL®, LEGAL PROOF®, ESIGNOFF®, SIDENOTE®, CERTIFIED EMAIL(TM), SECURMAIL(TM) are among RPost's registered trademarks in the United States and registered and unregistered trademarks in countries worldwide.

Various other companies and products are referred to by their trade names and logos. In most, if not all cases, the respective companies claim these designations as trademarks or registered trademarks. The use of these trade names and logos on rpost.com is for illustrative purposes only



Home    Contact    Support    FAQ    News & Events    About RPost    Follow Us    Blog        type here to search

Apps Marketplace    Services    Industries    Partners    Resources

‣ All Apps

## By Platform

‣ Microsoft
‣ Apple
‣ Android
‣ RIM
‣ IBM Lotus Notes
‣ Web Email
‣ more apps...

## By Category

‣ Desktop Software
‣ Mobile Messaging
‣ Web Applications

Home | Apps Marketplace | Web Applications

# Web Applications

Select an icon to review App details, screenshots, installation instructions and to Register for a Free Trial Download.

| | | | | | |
|---|---|---|---|---|---|
| VMware Zimbra | RMail |  | OOX | Gmail | RMail | YAHOO! |
| RMail Web Zimbra Zimlet | RMail Web RMail 2.0 | RMail Web Web Browsers | RMail Web for Box | RMail Web Gmail by Google | RMail Web Apple Safari | RMail Web Yahoo! Mail |



                                                                     Hotmail    Aol Mail.

                                                          RMail Web    RMail Web
                                                            Hotmail    Aol Mail.

featured in:



THE WALL STREET JOURNAL              COMPUTERWORLD    Los Angeles Business Journal    Los Angeles Lawyer    WEEK

| Home | Industry Solutions | Functional Solutions | RPost Integrates With: | RPost Carriers: |
|---|---|---|---|---|
| About Us | Legal | General Counsel | Outlook | Bermuda Postal Service |
| Apps | Insurance Agents & Brokers | Procurement | IBM Lotus | Colombia Postal Service |
| RPost Cloud | Insurance Carriers | Human Resources | GroupWise | Cayman Islands Postal Service |
| Blog | Real Estate | Sales Management | BlackBerry | Iceland Postal Service |
| Press Room | Travel | Records Management | iPad | AT&T |
| Contact Us | Factoring/ABLs | Risk Management | iPhone | Orange |
| Support | Auditing | Compliance Management | Android | |
| Partners | Financial Services | Accounting | Box | |
| Secure | Government | | VMware Zimbra | |
| Site Map | Franchise | | SalesForce.com | |
| | Engineering | | SAP | |
| | Pharmaceutical | | Applied Systems | |
| | | | FactorFox | |
| | | | FactorSoft | |
| | | | BlueTie | |

RPost Copyright 1999 2012 All Rights Reserved. Legal Notice   View general terms & conditions, service level agreements, privacy and legal notices. RPost does not provide legal advice.

RPost technology is patented with worldwide coverage. REGISTERED EMAIL®, RPOST®, RMAIL®, (R)®, (R)EGISTERED EMAIL®, LEGAL PROOF®, ESIGNOFF®, SIDENOTE®, CERTIFIED EMAIL(TM), SECURMAIL(TM) are among RPost's registered trademarks in the United States and registered and unregistered trademarks in countries worldwide.

Various other companies and products are referred to by their trade names and logos. In most, if not all cases, the respective companies claim these designations as trademarks or registered trademarks. The use of these trade names and logos on rpost.com is for illustrative purposes only.



Home    Contact    Support    FAQ    News & Events    About RPost    Follow Us    Blog

type here to search.

Apps Marketplace    Services    Industries    Partners    Resources

**Send Now!**

**Order Now!**

*Registered E-mail is extremely useful for confirming Notices of
Assignment and tracking critical client and debtor e-mail
communication.*

Jonathan Schuster, COO, Premium Financial Services

## Partners

- Bar Associations
- Industry Associations
- Industry Resellers
- Postal Partners
- Technology Partners
- Telecom Partners
- Become a Partner

## Services

- Registered Email
- Electronic Signatures
- Email Encryption
- Sender Authentication
- Proof Archive
- Email Efficiency
- Services Summary

## Get Started

- Apps Marketplace
- Request a Call Back
- Take 3-minute Tour
- Why Choose RPost?
- View Quick Guide
- View IT Guidelines
- RPost on YouTube

## Follow Us



## RPost Newsletter

Register to receive our
Monthly Update Newsletter.

Email Address

Name

[ Subscribe ]

Home | Partners | Bar Associations

# Bar Associations

Twenty major bar associations, including the bars of New York City, District of Columbia, Chicago, Atlanta and Los Angeles,
have endorsed or promote RPost's Registered Email service for use by their attorney members as a tool to do more for their
clients, better, faster. and at lower risk and cost.



The Los Angeles County Bar Association has endorsed RPost's Registered
Email® services and conducts educational and promotional campaigns to 70,000
attorney members and affiliates.



The District of Columbia Bar exclusively endorses RPost's Registered Email®
services to its 95,000-strong membership, which includes attorneys from sole
practice to large law firms to the federal government.



The New York City Bar is proud to offer RPost's Registered Email® service as a
member benefit to its attorney-members.



The Chicago Bar Association proudly sponsors education to it's members on
RPost's Registered Email® service.



The Colorado Bar Association proudly sponsors education to it's members on
RPost's Registered Email® service.



The King County Bar Association (Seattle Area) proudly sponsors education to
it's members on RPost's Registered Email® service.



The Clark County Bar Association (Las Vegas Area) proudly sponsors education
to it's members on RPost's Registered Email® service.

14



The Utah State Bar Association proudly sponsors education to it's members on RPost's Registered Email® service.



The Cincinnati Bar Association proudly sponsors education to it's members on RPost's Registered Email® service.



The Cleveland Bar Association proudly sponsors education to it's members on RPost's Registered Email® service.



The Westchester County Bar Association (New York Area) proudly sponsors education to it's members on RPost's Registered Email® service.



The Hennepin County Bar Association (Minneapolis-area) proudly sponsors education to it's members on RPost's Registered Email® service.



The Hawaii State Bar Association proudly endorses RPost's Registered Email® services and conducts educational and promotional programs to introduce the service to its individual members and firms.



The Atlanta Bar Association proudly sponsors education to it's members on RPost's Registered Email® service.



The State Bar of New Mexico proudly sponsors education to it's members on RPost's Registered Email® service.



The Memphis Bar Association proudly sponsors education to it's members on RPost's Registered Email® service.

The Bar Association of Puerto Rico has endorsed RPost's Registered Email® service. The Bar Association of Puerto Rico has more than 12,000 member attorneys inside and outside of Puerto Rico and has an international presence

 The Virginia Bar Association proudly sponsors education to it's members on RPost's Registered Email® service.

featured in:

THE WALL STREET JOURNAL    COMPUTERWORLD    Los Angeles Business Journal    Los Angeles Lawyer    WEEK

| Home | Industry Solutions | Functional Solutions | RPost Integrates With: | RPost Carriers: |
|---|---|---|---|---|
| About Us | Legal | General Counsel | Outlook | Bermuda Postal Service |
| Apps | Insurance Agents & Brokers | Procurement | IBM Lotus | Colombia Postal Service |
| RPost Cloud | Insurance Carriers | Human Resources | GroupWise | Cayman Islands Postal Service |
| Blog | Real Estate | Sales Management | BlackBerry | Iceland Postal Service |
| Press Room | Travel | Records Management | iPad | AT&T |
| Contact Us | Factoring/ABLs | Risk Management | iPhone | Orange |
| Support | Auditing | Compliance Management | Android | |
| Partners | Telecom Carriers | Accounting | Box | |
| Secure | Financial Services | | VMware Zimbra | |
| Site Map | Government | | SalesForce.com | |
| | Franchise | | SAP | |
| | Engineering | | Applied Systems | |
| | Pharmaceutical | | FactorFox | |
| | | | FactorSoft | |
| | | | BlueTie | |

RPost Copyright 1999 - 2012 All Rights Reserved. Legal Notice - View general terms & conditions, service level agreements, privacy and legal notices. RPost does not provide legal advice.

RPost technology is patented with worldwide coverage. REGISTERED EMAIL®, RPOST®, RMAIL®, (R)®, (R)EGISTERED EMAIL®, LEGAL PROOF®, ESIGNOFF®, SIDENOTE®, CERTIFIED EMAIL(TM), SECURMAIL(TM) are among RPost's registered trademarks in the United States and registered and unregistered trademarks in countries worldwide.

Various other companies and products are referred to by their trade names and logos. In most, if not all cases, the respective companies claim these designations as trademarks or registered trademarks. The use of these trade names and logos on rpost.com is for illustrative purposes only.



Home    Contact    Support    FAQ    News & Events    About RPost    Follow Us    Blog          type here to search.

Apps Marketplace        Services        Industries        Partners        Resources

**Send Now!**

**Order Now!**

*With RPost's eSignOff™ solution, our sales reps now send and receive back signed contracts in just five minutes! The service is easy to use and explain to customers.*

Vanessa Irons, COX Business

## Partners

- Bar Associations
- Industry Associations
- Industry Resellers
- Postal Partners
- Technology Partners
- Telecom Partners
- Become a Partner

## Services

- Registered Email
- Electronic Signatures
- Email Encryption
- Sender Authentication
- Proof Archive
- Email Efficiency
- Services Summary

## Get Started

- Apps Marketplace
- Request a Call Back
- Take 3-minute Tour
- Why Choose RPost?
- View Quick Guide
- View IT Guidelines
- RPost on YouTube

## Follow Us

 

## RPost Newsletter

Register to receive our Monthly Update Newsletter.

Email Address

Name

[ Subscribe ]

Home | Partners | Telecom Partners

# Telecom Partners

Registered Email® services, by RPost, are offered by major telecommunications companies to government and enterprise customers, integrated into offerings and/or as a stand along service.

At its core, Registered Email® services are telecommunication services that provide accountability in the data transmission. Registered Email® services are seen as a replacement for older telecommunications technologies such as facsimile, telex, or standard email.

Any telecommunications company that is in the Internet connectivity or Internet services business should contact RPost to incorporate Registered Email® services into offerings.



Registered Email® is offered on AT&T's GSA Schedule to U.S. Government customers. The AT&T Government Solutions Group was the first AT&T group to resell Registered Email® and co-brands Registered Email® for AT&T customers. AT&T also certifies continuity of Registered Email® service. Contact RPost for information on how to purchase service from AT&T



Orange Business Services is one of the world leaders in providing telecommunication services to multinational companies. Orange is France Telecom Group's single brand for Internet, television and mobile services. The Group has 186 million customers in 30 countries. Orange Business Services has contracted to offer RPost's Registered Email services integrated into its business quality email products.



RPost's Registered Email® service is offered on Sprint's GSA Schedule to U.S. Government customers. Contact RPost for information on how to purchase service from Sprint.



RPost's Registered Email® service is offered on Qwest's GSA Schedule to U.S. Government customers. Contact RPost for information on how to purchase service from Qwest.



British Telecom Infonet (BT Infonet) provides global communications services to nearly 3,000 multinational enterprises across all sectors, including 34% of the Fortune Global 500 (U.S.-based companies) and 35% of Forbes' International 500 (companies incorporated outside the U.S.). BT Infonet as contracted with RPost to offer the Registered Email® services integrated into its business quality email products.

featured in:

THE WALL STREET JOURNAL    [logos]    LONGITUDE    COMPUTERWORLD    Los Angeles Business Journal    Los Angeles Lawyer    WEEK

Home                    Industry Solutions           Functional Solutions         RPost Integrates With:      RPost Carriers:
About Us                Legal                        General Counsel              Outlook                    Bermuda Postal Service
Apps                    Insurance Agents & Brokers   Procurement                  IBM Lotus                  Colombia Postal Service
RPost Cloud

17

| | | | | | |
|---|---|---|---|---|---|
| **Blog** | Insurance Carriers | Human Resources | GroupWise | Cayman Islands Postal Service | RPost Copyright 1999 - 2012 All |
| **Press Room** | Real Estate | Sales Management | BlackBerry | Iceland Postal Service | Rights Reserved. Legal Notice |
| **Contact Us** | Travel | Records Management | iPad | AT&T | View general terms & conditions, |
| **Support** | Factoring/ABLs | Risk Management | iPhone | Orange | service level agreements, privacy |
| **Partners** | Auditing | Compliance Management | Android | | and legal notices. RPost does not |
| **Secure** | Telecom Carriers | Accounting | Box | | provide legal advice. |
| **Site Map** | Financial Services | | VMware Zimbra | | |
| | Government | | SalesForce.com | | |
| | Franchise | | SAP | | |
| | Engineering | | Applied Systems | | |
| | Pharmaceutical | | FactorFox | | |
| | | | FactorSoft | | |
| | | | BlueTie | | |

RPost technology is patented with worldwide coverage. REGISTERED EMAIL®, RPOST®, RMAIL®, (R)®, (R)EGISTERED EMAIL®, LEGAL PROOF®, ESIGNOFF®, SIDENOTE®, CERTIFIED EMAIL(TM), SECURMAIL(TM) are among RPost's registered trademarks in the United States and registered and unregistered trademarks in countries worldwide.

Various other companies and products are referred to by their trade names and logos. In most, if not all cases, the respective companies claim these designations as trademarks or registered trademarks. The use of these trade names and logos on rpost.com is for illustrative purposes only.



Home  Contact  Support  FAQ  News & Events  About RPost  Follow Us  Blog

Apps Marketplace    Services    Industries    Partners    Resources

type here to search.

Send Now!

Order Now!

*RPost's eSignOff service is exactly what I needed - it cuts down on time and effort for my clients to sign off, it is incredibly easy to use, and it speeds up my process for closing new business.*

Pam Keystone, Founder, The Art of Vacationing

## About RPost

- Corporate Overview
- Fact Sheet
- Executive Team
- Board & Advisors
- Intellectual Property
- From the Chairman
- Video Case Study

## Services

- Registered Email
- Electronic Signatures
- Email Encryption
- Sender Authentication
- Proof Archive
- Email Efficiency
- Services Summary

## Follow Us



## RPost Newsletter

Register to receive our Monthly Update Newsletter

Email Address

Name

[ Subscribe ]

---

Home | About RPost | Corporate Overview

# Corporate Overview

RPost has set the global standard for Legal Proof® in Internet email with its core Registered Email® services. RPost services comprise an all-inclusive and on demand platform of outbound email services for correspondence that can have consequences if disputed, or can commit the sender. RPost services permit the sender to prove, sign, secure, record, and collaborate with less cost, time, paper and risk.

Available in eight languages and for all email platforms, RPost's patented Registered Email® services and have been used daily by the United States Government since 2003 and have been endorsed and marketed by most of the influential bar associations in the United States, including the bars of New York City, Chicago, Los Angeles, and the District of Columbia. RPost has offices worldwide.

RPost's Registered Email® service includes Legal Proof® of email content, delivery and time-stamping that can be easily integrated into existing email applications. In addition, the service offers a number of other high-value features such as electronic contract execution, electronic signature, end-to-end encryption, and more. With its continually expanding solution set, the company is a proven leader in delivering innovative and cost-effective services that allow email users to derive more value from their email applications.

**RPost demonstrates solid fundamentals:**

- Technology invention with 35 patents issued
- Reference customers in stable industries
- Proven demand and brand strength
- Capacity to process millions of transactions on a global scale
- Daily use by leading US & international law, insurance & government organizations

## RPost solutions fall within three broad categories that can benefit companies in all industries and geographies:

- *Paper and Postage Reduction:* Legal Proof® and eSignOff® services.
- *Information Risk Management:* Send Registered & AutoFile™, in-the-cloud Proof Archive™, end-to-end SecuRmail™ encryption, Register Reply™ for proof of an email thread, and data leak prevention via metadata scrub offerings.
- *Personal Productivity:* eSignOff® and SideNote® services.

## Company History

RPost, which stands for "Registered Post," established the Registered Email system in 2000. The company's founders recognized that while paper-based communication offered proof and protection for senders through mechanisms such as fax logs, mail receipts and courier tracking services, there was no comparable product for electronic correspondence that was effective or flexible enough to use with any email address. RPost has filled this gap through its ability to legally verify precisely what email content and attachments were sent and received, by whom and when, in a simple and elegant service offering.

## Key Attributes

### Legal Acceptance

A team of leading electronic information management attorneys conducted a thorough review of RPost's Registered Email service in 2007 and concluded that Registered Email messages provide sufficient proof as to be admissible in a United States court, according to the Federal Rules of Evidence. Their findings state that the Registered Email service is able to prove to a court that a particular message was delivered, what it said, and often even whether it was opened.

In early 2008, the author of the British Standards Institute 'Legal admissibility' Code of Practice – BIP 0008 reviewed the RPost service and deemed that RPost's Registered Email receipts are admissible evidence in the United Kingdom as to their fact of delivery, as to their trusted time of delivery and as to the authenticity of their content.

Further, more than 20 leading law organizations have endorsed or sponsored RPost's services, including the bars of New York City, Chicago, Los Angeles County, District of Columbia, Denver, Atlanta, Cincinnati, Cleveland, King County (Seattle-

19

area), Clark County (Las Vegas-area), Maricopa County (Phoenix-area), Hennepin County (Minneapolis-area), Fayette County (Lexington, Kentucky-area), Westchester County (New York City region), the State of Virginia, the State of New Mexico. the State of Colorado, the State of Hawaii, the State of Utah, and Puerto Rico.

## Government Accreditation

The United States Postal Service accredited the RPost system in 2002 for sensitive and critical Government applications after performing a thorough and favorable review and risk assessment of RPost technology and business policies with PriceWaterhouseCoopers and TRW Information Systems Security Officers participating in the process on behalf of the U.S. Postal Service. Further, AT&T assures uninterrupted continuity of Registered Email service for U.S. governmental users who purchase RPost's services through AT&T and the RPost system complies with the U.S. Privacy Act. The U.S. Government Accountability Office, the auditor of the U.S. Federal Government, began using RPost's Registered Email services in 2003, becoming RPost's first government customer. This office and other government agencies have been using RPost's services continuously ever since.

RPost is Safe Harbor Certified by the US Department of Commerce. US-EU Safe Harbor is a streamlined process for US companies to comply with the EU Directive 95/46/EC on the protection of personal data. Intended for organizations within the EU or US that store customer data, the Safe Harbor Principles are designed to prevent accidental information disclosure or loss. US companies can opt into the program as long as they adhere to the 7 principles outlined in the Directive. The process was developed by the US Department of Commerce in consultation with EU.

RPost is also certified by the European Union's 'Safe Harbor' process and provides adequate privacy protection as defined by the European Commission's Data Protection Act of 1998.

## Unique Market Position

Because RPost service is recipient agnostic, meaning that the recipient of a Registered Email message does nothing to generate the return of the Registered Receipt™ email to the sender, the company has no direct competitor for its core service. While other companies may attempt to make their offerings sound similar, the alternative approaches require that the recipient become an active participant in the "protected electronic transaction," usually involving passwords, web-links, and other burdensome hurdles that detract from the end-user experience. For instance, people often confuse the Registered Email service with novelty email tracking or store-and-forward services. Both types of alternative technologies require special settings or action by the recipient, store information, tend to be relatively unreliable with false negatives, and do not return legally valid evidence of the precise content and attachments sent and received in a manner that can be later authenticated.

Similarly, RPost takes a highly unique and user-friendly approach with its other solutions including eSecurity, eRecords, eSigning, and eCollaboration.

## Visionary Leadership

Visionary leadership, rapid innovation and a strong ability to execute have launched RPost from a company with one core service into a company with a platform of five service categories of high value messaging services comprised of 20 offerings. The RPost team first enhanced the value of the initial core Legal Proof® service by continuously integrating new features based on customer analysis and user demand. The team then successfully moved on to create incremental value through innovative new product development. As an example, identifying and carefully studying the trend of "email overload" resulted in the creation of the company's unique SideNote® service.

## Technology Invention

All RPost software has been developed in-house and the company has more than thirty patents issued and more than ten additional patents pending. RPost was one of the original players in the creation of the software-as-a-service (SaaS) category and continues to lead in the field today.

## Industry Expertise

RPost is a recognized expert in issues related to email management, risks and rules, and hosts a number of educational webinars for business and IT professionals that cover new developments, case law, and strategies for proper compliance. In addition to general-topic keynote webinars which are held monthly, the company presents industry-specific content for sectors including insurance, legal, and finance. RPost executives are also frequently invited to speak on panels with other experts in the messaging field such as Ferris Research and the ePolicy Institute.

## Sophisticated Distribution Network

Until 2007, most messaging companies and communications providers had focused on inbound messaging security, internal collaboration, or standard outbound transport. Companies were filtering inbound email for high value versus junk. With RPost, they could now also filter outbound for high value versus casual, and have the tools to treat the high value outbound email with the proper sensitivity, or RPost features, depending on the type of message. Many of the leading messaging and communications providers have now identified the high value outbound messaging component as a missing link in their messaging platforms and have signed on with RPost to fill the gap.

featured in:

THE WALL STREET JOURNAL.  FORBES COMPUTERWORLD Los Angeles Business Journal  LosAngelesLawyer eWEEK

20

| Home | Industry Solutions | Functional Solutions | RPost Integrates With: | RPost Carriers: | RPost Copyright 1999  2012 |
|------|-------------------|---------------------|----------------------|-----------------|------------------------------|
| About Us | Legal | General Counsel | Outlook | Bermuda Postal Service | All Rights Reserved. Legal |
| Apps | Insurance Agents & Brokers | Procurement | IBM Lotus | Colombia Postal Service | Notice - View general terms & |
| RPost Cloud | Insurance Carriers | Human Resources | GroupWise | Cayman Islands Postal Service | conditions, service level |
| Blog | Real Estate | Sales Management | BlackBerry | Iceland Postal Service | agreements, privacy and legal |
| Press Room | Travel | Records Management | iPad | AT&T | notices. RPost does not provide |
| Contact Us | Factoring/ABLs | Risk Management | iPhone | Orange | legal advice. |
| Support | Auditing | Compliance Management | Android | | |
| Partners | Telecom Carriers | Accounting | Box | | |
| Secure | Financial Services | | VMware Zimbra | | |
| Site Map | Government | | SalesForce.com | | |
| | Franchise | | SAP | | |
| | Engineering | | Applied Systems | | |
| | Pharmaceutical | | FactorFox | | |
| | | | FactorSoft | | |
| | | | BlueTie | | |

RPost technology is patented with worldwide coverage. REGISTERED EMAIL®, RPOST®, RMAIL®, (R)®, (R)EGISTERED EMAIL®, LEGAL PROOF®, ESIGNOFF®, SIDENOTE®, CERTIFIED EMAIL(TM), SECURMAIL(TM) are among RPost's registered trademarks in the United States and registered and unregistered trademarks in countries worldwide.

Various other companies and products are referred to by their trade names and logos. In most, if not all cases, the respective companies claim these designations as trademarks or registered trademarks. The use of these trade names and logos on rpost.com is for illustrative purposes only.



Home   Contact   Support   FAQ   News & Events   About RPost   Follow Us   Blog          type here to search.

Apps Marketplace      Services      Industries      Partners      Resources

**Send Now!**

**Order Now!**

*RPost's Registered Email service protects us and our clients in disputes regarding what was said, when it was delivered, and by whom. It has saved us thousands of dollars.*

Nathan McKelvey, CharterAuction

## About RPost

- Corporate Overview
- Fact Sheet
- Executive Team
- Board & Advisors
- Intellectual Property
- From the Chairman
- Video Case Study

## Services

- Registered Email
- Electronic Signatures
- Email Encryption
- Sender Authentication
- Proof Archive
- Email Efficiency
- Services Summary

## Follow Us



## RPost Newsletter

Register to receive our Monthly Update Newsletter.

Email Address

Name

[ Subscribe ]

Home | About RPost | Fact Sheet

# Fact Sheet

| | |
|---|---|
| Company | RPost |
| Year Founded | 2000 |
| U.S. Headquarters | 6033 W. Century Blvd.  Suite 1278, Los Angeles CA 90045 |
| Other Locations | United States: Boston, Los Angeles.<br>International: London, Amsterdam, Zurich, Sao Paulo, Hamilton & others. |
| Available Languages | English, French, Spanish, Portuguese, German, Russian, Indonesian, Dutch |
| Flagship Product | REGISTERED EMAIL® = proof, assurance and accountability for email. |
| Unique Features | Electronic Signatures: electronic contract execution by email, one-click sign-off.<br>Email Encryption: end-to-end encryption for extra privacy with auditable proof of compliance.<br>Timestamp & Sender Authentication: digital postmark for email & attachments.<br>Collaboration: sender adds context visible to only copied recipients.<br>Records Management: transaction index for content, time & delivery proof. |
| Average Price/Unit | $0.50 per unit with sliding scale for volume. Per user pricing available. |
| Core Service Differentiators | ‣ Full suite of outbound messaging services for one all-inclusive price |
| | ‣ No links, passwords or downloads to read Registered Email message |
| | ‣ System does not rely on the receiver to return proof of delivery |
| | ‣ Works with any email program including webmail and PDAs |
| | ‣ RPost verifies content and transmission without storing messages |
| | ‣ Registered Email messages are legally admissible into evidence |
| Recent Awards & Recognition | 2011 Award for Security -- World Mail<br>Top 10 Disruptive New Storage Technologies -- eWeek.<br>Top 10 Add-ons For Lawyers -- TechnoLawyer.<br>Top 3 Messaging & Collaboration Software -- IBM Lotus Awards.<br>RPost CEO named top 100 Global Technology Leader -- CityTech. |
| Representative Customers | United States Congress' Government Accountability Office (since 2003).<br>Greenberg Traurig (since 2004): global law firm.<br>Macquarie Bank (since 2005): global investment bank.<br>NYSE Euronext (since 2007): global financial exchange.<br>United Nations' World Intellectual Property Organization (since 2008).<br>Aon (since 2008): world's largest insurance broker<br>Tata Communications; Cox Communications (since 2008).<br>Eurocopter's NHI (since 2008). |
| Investors | Private equity |
| Patents | 35 patents granted (US and international). Over 10 additional patents pending registration covering 39 countries; registered trademarks include "REGISTERED EMAIL"; unique, proprietary software & systems. |
| Alliance Highlights | Sales: AT&T (gov.), Orange (FranceTel), Google/Postini, Sendmail |
| Endorsers & Marketers | 20 major bar associations including Bars of NY City, Washington D.C., Los Angeles, Chicago, Atlanta; leading insurance, risk, government, technology & real estate associations. |

22

E-Discovery                     Endorsed by Risk & Insurance Management Society
Safeguard

featured in:

THE WALL STREET JOURNAL    ░░░░    ░░░░    COMPUTERWORLD    Los Angeles Business Journal    ⋅S⋅    Los Angeles Lawyer    WEEK ...

**Home**
About Us
Apps
RPost Cloud
Blog
Press Room
Contact Us
Support
Partners
Secure
Site Map

**Industry Solutions**
Legal
Insurance Agents & Brokers
Insurance Carriers
Real Estate
Travel
Factoring/ABLs
Auditing
Telecom Carriers
Financial Services
Government
Franchise
Engineering
Pharmaceutical

**Functional Solutions**
General Counsel
Procurement
Human Resources
Sales Management
Records Management
Risk Management
Compliance Management
Accounting

**RPost Integrates With:**
Outlook
IBM Lotus
GroupWise
BlackBerry
iPad
iPhone
Android
Box
VMware Zimbra
SalesForce.com
SAP
Applied Systems
FactorFox
FactorSoft
BlueTie

**RPost Carriers:**
Bermuda Postal Service
Colombia Postal Service
Cayman Islands Postal Service
Iceland Postal Service
AT&T
Orange

RPost Copyright 1999 - 2012 All Rights Reserved. Legal Notice - View general terms & conditions, service level agreements, privacy and legal notices. RPost does not provide legal advice.

RPost technology is patented with worldwide coverage. REGISTERED EMAIL®, RPOST®, RMAIL® (R)®, (R)EGISTERED EMAIL®, LEGAL PROOF®, ESIGNOFF®, SIDENOTE®, CERTIFIED EMAIL(TM), SECURMAIL(TM) are among RPost's registered trademarks in the United States and registered and unregistered trademarks in countries worldwide.

Various other companies and products are referred to by their trade names and logos. In most, if not all cases, the respective companies claim these designations as trademarks or registered trademarks. The use of these trade names and logos on rpost.com is for illustrative purposes only.

23



Home   Contact   Support   FAQ   News & Events   About RPost   Follow Us   Blog          type here to search.

Apps Marketplace      Services      Industries      Partners      Resources

**Send Now!**

**Order Now!**

*I have found that an RPost Registered Email message can legally establish notification which is sent faster and more efficiently than anything else around.*

- Greg Meyers, Greg Meyers Appraisal

## About RPost

▸ Corporate Overview
▸ Fact Sheet
▸ Executive Team
▸ Board & Advisors
▾ Intellectual Property
   Patents
   Trademarks
   Infringement Actions
▸ From the Chairman
▸ Video Case Study

## Services

▸ Registered Email
▸ Electronic Signatures
▸ Email Encryption
▸ Sender Authentication
▸ Proof Archive
▸ Email Efficiency
▾ Services Summary

## Follow Us

 

## RPost Newsletter

Register to receive our
Monthly Update Newsletter

Email Address

Name

[ Subscribe ]

Home | About RPost | Intellectual Property | **Patents**

# Patents

RPost holds 35 patents that have been granted in 21 countries, with a priority date of 1996. These patents together apply to virtually all forms of third-party authentication of electronic messaging.

RPost's 35 patents granted worldwide have priority over technology dating back to 1996. These patents broadly cover the technologies of verifiable proof for email delivery and value-added outbound email processing. RPost has numerous additional patents pending in these and other countries.

| Patent Coverage by Country | Patent Number |
|---|---|
| AU Australia | 2003224616 |
| | 706661 |
| AT Austria | EP 1 476 995 B1 |
| BE Belgium | EP 1 476 995 B1 |
| CA Canada | 2234454 |
| CH Switzerland | EP 0 760 565 B1 |
| | EP 1 476 995 B1 |
| CN China | ZL 01814748.8 |
| DE Germany | EP 1 476 995 B1 |
| DK Denmark | EP 1 476 995 B1 |
| ES Spain | EP 1 476 995 B1 |
| FR France | EP 1 476 995 B1 |
| IN India | 245930 of 2005 |
| | 239568 of 2003 |
| | 237783 of 2004 |
| IE Ireland | EP 1 476 995 B1 |
| IT Italy | EP 1 476 995 B1 |
| KR Korea | 10-0604630-0000 |
| | 10-1029030-0000 |
| LU Luxembourg | EP 1 476 995 B1 |
| MX Mexico | 255062 |
| NL Netherlands | EP 1 476 995 B1 |
| UK United Kingdom | EP 0 760 565 B1 |
| | EP 1 476 995 B1 |
| US United States | 6182219 |
| | 6571334 |
| | 7240199 |
| | 7660989 |
| | 7698558 |
| | 7707624 |

24

|         |              |
|---------|--------------|
|         | 7865557      |
|         | 7886008      |
|         | 7966372      |
| PT Portugal | EP 1 476 995 B1 |
| SE Sweden   | EP 1 476 995 B1 |

featured in:

THE WALL STREET JOURNAL.    [illegible]    DUJAR[illegible]    COMPUTERWORLD    LOS ANGELES BUSINESS JOURNAL    [illegible]    Los Angeles Lawyer    WEEK...

| Home | Industry Solutions | Functional Solutions | RPost Integrates With: | RPost Carriers: |
|------|-------------------|---------------------|----------------------|-----------------|
| About Us | Legal | General Counsel | Outlook | Bermuda Postal Service |
| Apps | Insurance Agents & Brokers | Procurement | IBM Lotus | Colombia Postal Service |
| RPost Cloud | Insurance Carriers | Human Resources | GroupWise | Cayman Islands Postal Service |
| Blog | Real Estate | Sales Management | BlackBerry | Iceland Postal Service |
| Press Room | Travel | Records Management | iPad | AT&T |
| Contact Us | Factoring/ABLs | Risk Management | iPhone | Orange |
| Support | Auditing | Compliance Management | Android | |
| Partners | Telecom Carriers | Accounting | Box | |
| Secure | Financial Services | | VMware Zimbra | |
| Site Map | Government | | SalesForce.com | |
| | Franchise | | SAP | |
| | Engineering | | Applied Systems | |
| | Pharmaceutical | | FactorFox | |
| | | | FactorSoft | |
| | | | BlueTie | |

RPost Copyright 1999 - 2012 All Rights Reserved. Legal Notice  View general terms & conditions, service level agreements, privacy and legal notices. RPost does not provide legal advice.

RPost technology is patented with worldwide coverage. REGISTERED EMAIL®, RPOST®, RMAIL®, (R)®, (R)EGISTERED EMAIL®, LEGAL PROOF®, ESIGNOFF®, SIDENOTE®, CERTIFIED EMAIL(TM), SECURMAIL(TM) are among RPost's registered trademarks in the United States and registered and unregistered trademarks in countries worldwide.

Various other companies and products are referred to by their trade names and logos. In most, if not all cases, the respective companies claim these designations as trademarks or registered trademarks. The use of these trade names and logos on rpost.com is for illustrative purposes only.

25



Home    Contact    Support    FAQ    News & Events    About RPost    Follow Us    Blog          type here to search.

Apps Marketplace    Services    Industries    Partners    Resources

**Send Now!**

**Order Now!**

*The greatest benefits of RPost are the cost savings, faster
turnaround time for customers, immediate knowledge if a time-
sensitive notification was not received, and receipt of delivery
for our defense.*

Marie Zueski, Certification Records, NSF

## About RPost

‣ Corporate Overview
‣ Fact Sheet
‣ Executive Team
‣ Board & Advisors
▾ Intellectual Property
   Patents
   Trademarks
   Infringement Actions
‣ From the Chairman
▾ Video Case Study

## Services

‣ Registered Email
‣ Electronic Signatures
‣ Email Encryption
‣ Sender Authentication
‣ Proof Archive
‣ Email Efficiency
‣ Services Summary

## Follow Us

 

## RPost Newsletter

Register to receive our
Monthly Update Newsletter

Email Address

Name

[ Subscribe ]

Home | About RPost | Intellectual Property | Trademarks

# Trademarks

RPost has strategic trademarks that are federally registered in the United States, Europe, and other countries.

‣ REGISTERED EMAIL®
‣ (R)EGISTERED EMAIL®
‣ LEGAL PROOF®
‣ (R)EGISTERED RECEIPT®
‣ R-MAIL®
‣ R-POST®
‣ ESIGNOFF®
‣ DIGITAL SEAL®
‣ SIDENOTE®
‣ SECUREMAIL™
‣ CERTIFIED EMAIL™
‣ (O)FFICIAL EMAIL®
‣ (R)®
‣ (O)®
‣ RPOST LOGO

*This is not an exhaustive list, as RPost protects other unregistered trademarks and RPost has other trademarks registered in
countries outside the United States and Europe. For a listing of some of RPost's Common Law Trademarks, click here.*

---

featured in:
THE WALL STREET JOURNAL    [FORBES]    InfoWorld    COMPUTERWORLD    Los Angeles Business Journal    Los Angeles Lawyer    WEEK

Home
About Us
Apps
RPost Cloud
Blog
Press Room
Contact Us
Support
Partners
Secure
Site Map

**Industry Solutions**
Legal
Insurance Agents & Brokers
Insurance Carriers
Real Estate
Travel
Factoring/ABLs
Auditing
Telecom Carriers
Financial Services
Government
Franchise
Engineering

**Functional Solutions**
General Counsel
Procurement
Human Resources
Sales Management
Records Management
Risk Management
Compliance Management
Accounting

**RPost Integrates With:**
Outlook
IBM Lotus
GroupWise
BlackBerry
iPad
iPhone
Android
Box
VMware Zimbra
SalesForce.com
SAP
Applied Systems

**RPost Carriers:**
Bermuda Postal Service
Colombia Postal Service
Cayman Islands Postal Service
Iceland Postal Service
AT&T
Orange

26

Case 2:13-bk-19713-WB    Doc 24    Filed 05/21/13    Entered 05/21/13 16:54:42    Desc
Main Document        Page 54 of 70

Pharmaceutical                          FactorFox         RPost Copyright 1999 - 2012 All Rights Reserved. Legal Notice - View general terms &
                                        FactorSoft        conditions, service level agreements, privacy and legal notices. RPost does not provide
                                        BlueTie           legal advice.

RPost technology is patented with worldwide coverage. REGISTERED EMAIL®, RPOST®, RMAIL®, (R)®, (R)REGISTERED EMAIL®, LEGAL PROOF®, ESIGNOFF®, SIDENOTE®, CERTIFIED
EMAIL(TM), SECURMAIL(TM) are among RPost's registered trademarks in the United States and registered and unregistered trademarks in countries worldwide.

Various other companies and products are referred to by their trade names and logos. In most, if not all cases, the respective companies claim these designations as trademarks or registered
trademarks. The use of these trade names and logos on rpost.com is for illustrative purposes only.

27

# EXHIBIT 6



Home  Do It  St  on  FAQ  About  Co  t  N    t  g  Follow  F  nts          type here to search

Services      Apps Marketplace      Resources      Industries      Partners      Buy

**Send Free!**

Apps Market

*By giving our customers the option of RPost's eSignOffe)*
*service for electronic ordering, we estimate that Cox*
*Business saved more than 50,000 pieces of paper in one*
*quarter.*

Dan Hoffman, Director of Technical Operations, COX Business

**News & Events**

**Press Room**
Press Releases
Media Coverage

**Reviews &**
**Testimonials**

**Media Kit**

**Awards**

**Webinars**

**Services**

**Registered Email**

**Electronic Signatures**

**Email Encryption**

**RPost Analytics**

**Cloud Integration &**
**Automation**

**PDF Forms Fill**

**LargeMail**

**Encrypted**
**Transmission**

**Automate Messages,**
**Documents and Forms**

**Policies, Automation,**
**Integration**

**Sender Authentication**

**Proof Archive**

**Email Efficiency**

**Services Datasheets**

**Get Started**

**Apps Marketplace**

**Request a Call Back**

**Take 3-minute Tour**

**Video Testimonials**

**Service Datasheets**

**Follow Us**

 

**RPost Newsletter**

Register to receive our
Monthly Update Newsletter

Email Address

Name

Subscribe

Home  News  **Press Room**

# New RPost Patent Covers Web Link Tracking in Billions of Emails

*RPost to license patent on most common method of tracking email opening, and pursue violators*

LOS ANGELES, CA – June 5th, 2012   RPost, the invento  of Registered Email services, today announced that it has been granted a patent (USP O 8.161 04) which comprehensively covers the tracking of email openings by means of embedded web links   the technology widely used by marketers to measure the success of their campaigns. RPost is set to license its patented technology to tens of thou  nds of email marketers, social media companies. and cloud-based businesses, and vigorously pursue infringement proceedings against those that don't comply.

The covered tracking methods are being used by nearly every email marketing service. task management platform. and social network service as the basis of thei  ana ytical offerings. RPost estimates that more than forty billion messages a year are covered  y its new patent.

The link tracking patent is based upon technr ology specif  ations RPost submitted to the JS Patent and  rademark Office in 1999. said RPost CE  , Zafar Khan. "  o  ate. RPost holds the m st  omplete set of patents around emai  tracking and proof. We intended to  igorously assert ou  intellectual property rights to this new pate  t. and the 3  other patents we have obtained. RPost has been using this technology with  its Registered Email services since the early 2000's.

Determined to defend its intellectual property   Post previously brought lawsuits claiming infringement of its proof of delivery patent in Federal Courts in Californ  a, Texas and Virgin  a   201  against Swiss Post Canada Post. ZixCorp  Docusign. Adobe Echosign  RightSignature. and Farmers Insurance among others   he cases are set to go to  jury tria  in the Eastern District of  exas in August 2013.

Contact RPost for further details
For details on  he new RPost patent coveri  g the  rac ng email openings by means of e  bedded web links, or to  quire about  ensing terms   ease contact  he RPost fo  sing department at http://www.rpost.com/contact-us  , call +1 (3  0) 356 -6536.

About RPost
RPost has set the standard for legal electror ic messaging and docume    services with its patented Registerec Email services for delivery proof  compliant message encryption  and legal elec ronic signatures. RPost sen ces are designed for industries such as insurance  financial services. legal  real estate. telecommunications, and manufacturing, where the speed of contract execution  data privacy, and court admissible email proof are business requirements. Endorsed by the American Bar Association and w nner of the World Mail Award for security in 2011  RPost is used by the U.S. and international governments  and global F500 companies. RPost  founded n 2000  has been granted 36 patents worldwide and operates in 8 languages. To use RPost services, please visi  www.rpost.com.

Al  product and company names here  n  may be trademarks of thei  registered owners.

Company Contact: David Wood. RPost Marketing  1 (310) 342-0088. dw@rpost.com
Media Contact  Xer  ia von Wedel  SocialRadi  s.  1 (408) 740-5630  rpost@socialradius.com

e   red

THE WALL STREET JOURNAL    Forbes    COMPUTERWORLD    Los Angeles Lawyer    WEEK

**Home**
**About Us**
**Apps**
**RPost Cloud**
**Blog**
**Press Room**
**Contact Us**
**Support**
**Partners**
**Secure**
**Site Map**

**Industry Solutions**
Legal
Insurance Agents & Brokers
Insurance Carriers
Real Estate
Travel
Factoring/ABLs
Auditing
Telecom Carriers
Financial Services
Government
Franchise
Engineering
Pharmaceutical

**Functional Solutions**
General Counsel
Procurement
Human Resources
Sales Management
Records Management
Risk Management
Compliance Management
Accounting

**RPost Integrates with:**
Outlook
IBM Lotus Notes
GroupWise
BlackBerry
iPad
iPhone
Android
Box
VMware Zimbra
SalesForce.com
SAP
Append Systems
BlueTie
Defence
FactorFox
FactorSoft
Mortgage Qu

**RPost Covers:**
Bermuda Postal Service
Colombia Postal Service
Cayman Islands Post Service
Iceland Po
Saudi Post
Tanzania Po
AT&T
Orange

RPost Copyright 1999-20 All Ri    Reserved. Legal Notice    Vi  genera  term & cond one  servic  leve   reserve   priv  y and  ge  notices. RPost  does  ot  rovide legal advice.
RPost technology  patented w  wor  w de cov  age    IS     D EMAIL®, (POST®, RMAIL®, (RV  REGIS   RE     AIL®,  EGAL PROOF®,  SIGNOF  & D NO  5®  CER    I    MAI
(M   nd SECI  RMAIL/TM   re among RPo   registered trademarks   one  nited   se  ed to  te   d    s  egistered  tr  em     ountr es worldwide
Various  ther c  nies and produc  are rete rec    by their  ade am   and logos   most  l c   ne   spectiv  c  me ies c m hese l   nati ns ar  ader  rks o  register
 dem  ks    e    of  hese tr  de names     os on  Post.c   is for illustrativ   pu po   only

# EXHIBIT 7

Latest News                    View All                Kiosk

6:25p Radio Update: Facebook IPO draws subpoena
8:17p Facebook's Zuckerberg, thiel sell shares
5:58p Dell gets hurt in part by Asia, iPad              MICHAEL WOODWARD
5:55p Nasdaq says should have nixed Facebook IPO: WS...
                                                        Why you should hate to work
May 2, 2012        Tokyo        3:55 PM ED              With gas prices still squeezing consumers' wallets
New York   Tokyo    Tokyo       DOW  .67   NASDAQ  -8.13   S&P 500   -0.64      and obesity on the rise, biking as a mode of
After     Closed   Closed       2.04  61  -0.01%   2.8   98  -0.29%   1,316.63   -0.05%   transportation is looking more attractive

Home  News Viewer  Markets  Investing  Personal Finance  Industries  Economy/Politics  Trading Deck  Jobs    Log In    Portfolio  Alerts  Games

press release
May 22, 2012, 9:00 a.m. PD

# RPost Selected as Official Cloud Messaging Platform of Saudi Post

Saudi Post Launches RPost's Patented Registered Email Services as Cornerstone of Its Postal
Modernization Efforts, Bringing Email Tracking, Proof, Encryption and E-Signatures to GCC Region

## marketwire

LOS ANGELES, CA and GENEVA, May 22, 2012 (MARKETWIRE via COMTEX) -- [World
Mail Convention] - RPost and Saudi Post announce at the World Mail Awards In Geneva,
that Saudi Post, one of the top government-owned technology pioneers in the Kingdom of
Saudi Arabia, has selected the RPost Cloud platform as a central component of Saudi Post's
electronic service modernization effort. For customers in Saudi Arabia, RPost services are
now offered co-branded as Saudi Post Registered Email(R) services; the Saudi Arabian
Post's standard for secure, legal electronic messaging and document services.

"With RPost, Saudi Post will modernize the way business is done not only in Saudi Arabia,
but in the entire Arabic world," states Mohammed Al Abduljabbar, Vice President Investment
& Marketing at Saudi Post. "Many of the GCC countries have passed liberal electronic
transactions laws, and now we bring to local and global companies, the tools that
comfortably meet the legal standards permitted by these laws." Saudi Post is the sole
provider of postal services for every individual, private, and public organization in Saudi
Arabia and is seen as a market leader among the Arab States.

Saudi Post Registered Email services, powered by RPost technology, offer (1) proof and
non-repudiation, (2) legal electronic signatures, (3) security, encryption and compliance, and
(4) collaboration and deliverability services. Users access through their standard Outlook
and Lotus desktop software, mobile apps, web email, and business applications. An Arabic
version of the RPost services will be available later in 2012.

"The marketplace now understands the need to be able to prove and track email, encrypt for
privacy, and electronically sign or obtain signoff on attached documents," adds RPost CEO
Zafar Khan. "Today, customers use RPost services for these reasons in nearly every
country, under the overall service name Registered Email(R) services. Our global customers
can comfortably use our technology with the Saudi Post brand knowing that the underlying
technology architecture, standards, and user experience will be uniform worldwide. We
welcome Saudi local business to the RPost technology to capitalize on the efficiencies our
customers have experienced internationally."

Unlike secure private networks, what further makes the RPost Cloud platform unique and
useful is that there are no requirements for the recipient sign up or install software or
hardware. The recipient receives email as they normally do (with the added privacy, security,
records, accountability, proof, etc.) making the RPost system more useful for senders as
they can send to anyone with a valid email address.

"We chose RPost in part, due to their commitment to continuously innovate their platform, as
demonstrated by their strong R&D investment and resulting patent portfolio," adds
Mohammed Al Abduljabbar. "This will ensure that our customers, from individuals to
enterprises, will enjoy market leading software provided by Saudi Post as a service."

Saudi Post will offer limited use of the Registered Email services to individuals for free, and
premium services to businesses and government entities on a per user or per message fee-
basis -- access at http://www.rpost.com/saudipost

About RPost

RPost is the global standard for email proof, message encryption, and electronic signature
services which enable both sender and recipient to prove, sign, encrypt, archive and
collaborate across desktop, mobile, and online email platforms. Designed for industries such
as insurance, financial services, legal, real estate, telecommunications and manufacturing
where the speed of contract execution, encryption, and court-admissible email records are a
business requirement, RPost clients include the U.S. Government and global F500
companies. Founded in 2000, RPost holds 36 patents worldwide, supports eight languages,
and is endorsed by American bar associations. To use RPost services, please visit
www.rpost.com

## Most Popular

1.    PAUL B. FARRELL
      How Facebook could destroy the
      U.S. economy

2.    MARKET EXTRA
      Facebook's 'falling knife' shares
      drop for 3rd day

3.    REX NUTTING
      Obama spending binge never
      happened

4.    Morgan Stanley cut Facebook
      view pre-IPO: report

5.    MARK HULBERT
      Leading indicators of a market top

Partner Center »                    Find a Broker

About Saudi Post

Government-owned Saudi Post is the official postal service for Saudi Arabia. Saudi Post is as old as the formation of the modern Saudi Arabia. Saudi Post has been a member of the United Nations' Universal Postal Union since 1927 and today, the organization employs more than 12,000 people. Saudi Post is recognized for the major transformation achieved over the last 8 years that have resulted in many innovative solutions and products. These include the proprietary address system developed and implemented in Saudi Arabia in a short period. Saudi Post offers its customers a variety of standard and high tech products. To learn more about Saudi Post, visit www.sp.com.sa or follow on Facebook or Twitter

SOURCE: RPost

Copyright 2012 Marketwire, Inc., All rights reserved.

## Featured Stories

**Morgan Stanley gets subpoena on Facebook: reports**

SAN FRANCISCO (MarketWatch)
Massachusetts' securities regulator has subpoenaed Morgan Stanley over its handling of sensitive



**Dell shares fall on disappointing results**



**U.S. stocks stall on European concerns**



**Facebook's 'falling knife' shares drop for 3rd day**

**SAP to buy Ariba for $4.3 bln in cloud bid**

German enterprise software giant SAP AG SAP, SAP.X, said it will acquire cloud-based business services

**MarketWatch.com**

Enter Symbols or Keyword     [ SEARCH ]

| | | | |
|---|---|---|---|
| Site Index | Company Info | MarketWatch on Facebook | WSJ.com |
| Topics | Code of Conduct | | Barron's Online |
| Help | Corrections | | BigCharts |
| Feedback | Advertising Media Kit | | Virtual Stock Exchange |
| Newsroom Roster | Advertise Locally | MarketWatch on Twitter | All Things Digital |
| Media Archive | License our Content | | |
| Premium Product | Broker Center | RSS | |
| Mobile | Your Ad Choices | Podcasts | |

MarketWatch Community
Financial News Online
WSJ.com Small Business
FINS Finance jobs Sales jobs

Copyright © 2012 MarketWatch, Inc. All rights reserved.

# EXHIBIT 8



Latest News                     View All

6:25p Radio Update Facebook IPO draws suppose na
...p facebook's Zuckerberg... oi sel shares
5:58p Digital court... loan by Asia, iPad
5:35p Nasdaq say should have fixed facebook IPO: WS...

the Trading Deck

MICHAEL A. GAYED

**Critical moment in hand**

My hypothesis is all will see reflation and a surge
of capital into stocks is still in play but the credit
issues I pointed out last week may still have a say

May 2, 2012          17 PM ED

| New Yor | ... cos | Key: | DOW | -1.67 | NASDAQ | -8.13 | S&P 50... | -0.64 |
| After... | losed | 12... | 2,50...81 | -0.1%... | 2,839.08 | -0.29% | 1 316.63 | +0.05% |

Ho e  News Vie er  arkets  Investing  Personal Fin nce  Industries  Economy/Politics  Trading Deck  Jobs  | Log in    ortfolio  Alerts  Game s

press release
May 9, 2012, 8:02 am ED

# US Patent Office Re-Exam Concludes RPost Proof of Delivery Patent Valid

RPost Sued Swiss Post, Canada Post, ZixCorp, Adobe Echosign, Docusign, RightSignature, Farmers
Insurance and Others for Patent Infringement; US Patent Office Concludes a Patent Common in These
Lawsuits Is Valid After Re-Exam



LOS ANGELES, CA, May 09, 2012 (MARKETWIRE via COMTEX) – RPost, the inventor of
Registered Email(R) services, announced today that the US Patent Office has concluded the
RPost '219 proof of delivery patent is patentable with all 89 claims deemed valid after re-
examination.

In 2011, RPost brought patent infringement lawsuits in Federal Courts in California, Texas
and Virginia that include the '219 patent (US Patent 6182219) and in some cases additional
RPost patents. These suits were brought against Swiss Post, Canada Post, ZixCorp,
Docusign, Adobe Echosign, RightSignature, Farmers Insurance, and Telarix, among others.
Jury trial dates have now been set for the cases in the Eastern District of Texas for August
2013.

"We are pleased the patent office has interpreted this RPost patent in the manner in which
we always have, a patent on proof of successful electronic transmission," states RPost CEO
Zafar Khan. "We have heard that those who we have sued for patent infringement are
putting out false statements to their customers claiming the RPost patents as not novel and
invalid. This Patent Office re-examination conclusion delivers a clear message of novelty,
patentability, and validity over all known prior art."

Under US patent law, whoever without authority makes, uses, offers to sell, or sells any
patented invention, within the United States, or imports into the United States any patented
invention during the term of the patent therefor, infringes the patent. Further, whoever
actively induces infringement of a patent shall be liable as an infringer (35 U.S.C. 271). "This
should serve as a signal to not only those companies that we have sued for patent
infringement, but also their end users and resellers; stop infringing, assess your situation
and examine your indemnifications. We do intend to enforce our patent rights everywhere,"
adds Khan.

Meanwhile, the RPost's patent portfolio continues to grow. The US Patent Office also issued
notice allowing three new RPost patents that center on technologies for recording delivery
and opening of email.

About RPost

RPost has set the standard for legal electronic messaging and document services with its
patented Registered Email(R) services for delivery proof, compliant message encryption and
legal electronic signatures. RPost services are designed for industries such as insurance,
financial services, legal real estate, telecommunications and manufacturing where the
speed of contract execution, data privacy, or court admissible email proof are a business
requirement. Winner of the World Mail Award for security 2011, RPost is in use within the
U.S. and international Governments, global F500 companies and endorsed by influential
American Bar associations. RPost, founded in 2000, has been granted 35 patents worldwide
and operates in 8 languages. To use RPost services, please visit www.rpost.com

SOURCE: RPost

Copyright 2012 Marketwire, Inc., All rights reserved.

Financial Glossary

Words used in this article:
· real estate
· encryption
· CA
· portfolio
· CEO

## Most Popular

1    PAUL B. FARRELL

     **How Facebook could destroy the U.S. economy**

     MARKET EXTRA

     **Facebook's 'falling knife' shares drop for 3rd day**

3    REX NUTTING

     **Obama spending binge never happened**

4.   **Morgan Stanley cut Facebook view pre-IPO: report**

     MARK HULBERT

     **Leading indicators of a market top**

## Don't Miss.                    Power   sool



**Sisters Spend $150 Million for Two Houses**


**Here's Why Social Media Wants Your Photos Real Bad**


**Top Reasons Not To Buy Facebook**


**What to Expect From the Preakness**

## Partner Center »              Find a Broker

Don't Miss.                    Power ed by  Xoola


**Sisters Spend $150 Million for Two Houses**


**What to Expect From the Preakness**


**How to Know When Your Marriage Is Over**


**From Football To Paper Planes**

## From Around the Web
Content From Sponsors

 

Ashley Judd Lashes
CafeMom

12 Stocks to Get
Kiplinger

Will Smith slaps
Washington post

## Featured Stories

**Morgan Stanley gets subpoena on Facebook: reports**
SAN FRANCISCO (MarketWatch)
Massachusetts has
subpoenaed Morgan Stanley over
handling of service


**Dell shares fall on disappointing results**


**U.S. stocks stall on European concerns**


**Facebook's 'falling knife' shares drop for 3rd day**

**SAP to buy Ariba for $4.3 bln in cloud bid**
SAP AG SAP SAP XE
said it would acquire cloud-based
business commerce

---

**MarketWatch.com**

Enter Symbols / Keywords    SEARCH

Site Index
Topics
Help
Feedback
Newsroom Roster
Media Archive
Premium Products
Mobile

Company Info
Code of Conduct
Corrections
Advertising Media Kit
Advertise Local
License our Content
Broker Center
Your Ad Choices

MarketWatch on Facebook

MarketWatch on Twitter

RSS
Podcasts

WSJ.com
Barron's Online
BigCharts
Virtual Stock Exchange
All Things Digital

MarketWatch Community
Financial News Online
WSJ.com Small Business

Intraday Data provided by SIX Telekurs and subject to terms of use. Historical and current end-of-day data provided by SIX Telekurs. Intraday data delayed per exchange requirements. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. All quotes are in local exchange time. Real time last sale data provided by NASDAQ. More information on NASDAQ traded symbols and their current financial status. Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. SEHK intraday data is provided by SIX Telekurs and is at least 60-minutes delayed. All quotes are in local exchange time.

# EXHIBIT 9

Expert Opinion of Jaime d'Almeida
Kenneth Barton v. RPost International Limited
Summary
(US$)

Schedule 1

## February 07, 2007 Valuation Date

**BackSolve Method**

| | | |
|---|---|---|
| Based on Standard Preferred Shares @ $3.00 | 2.04 | Schedule 2 |
| Discounted Cash Flow Analysis & Option Pricing Model | 2.31 | Schedule 4 |
| Concluded Value Per Share of Common Equity | $    2.04 | |

| | |
|---|---|
| Number of Barton Common Equity Shares | 6,016,500 |
| **Fair Value of Barton Shares (non-marketable, minority interest basis)** | **$   12,296,300** |

## * July 07, 2009 Valuation Date

**BackSolve Method**

| | | |
|---|---|---|
| Based on Standard Preferred Shares @ $3.85 | 2.43 | Schedule 3 |
| Discounted Cash Flow Analysis & Option Pricing Model | 3.40 | Schedule 5 |
| Concluded Value Per Share of Common Equity | $    2.43 | |

| | |
|---|---|
| Number of Barton Common Equity Shares | 6,016,500 |
| **Fair Value of Barton Shares (non-marketable, minority interest basis)** | **$   14,649,600** |

Notes

1   The above valuation amounts do not include any pre-judgment interest to which Mr. Barton may be entitled from the respective valuation dates through the date of judgment. Assuming an annual interest rate of 7 percent, pre-judgment interest on Mr. Barton's damages based upon the share valuation from the February 2007 valuation date is $4,355,300 through February 29, 2012, after which time the daily pre-judgment interest sum is $2,358 per diem. Again, Assuming an interest rate of 7 percent, pre-judgment interest on Mr. Barton's damages based upon the share valuation from the July 2009 valuation date is $2,715,400 through February 29, 2012, after which time the daily pre-judgment interest sum is $2,810 per diem.

* Conversion Date determined by State Court.

Schedule 3

Expert Opinion of Johan P Almeida
Kenneth Davies v. RDnet International Limited
Valuation Date: July 7, 2009
Exclusive Method Using Standard Preferred @ $3.85
(US$ except where indicated)

| Security | Shares | Liquidation Pref per share | Exercise Price per share |
|---|---|---|---|
| Preferred B | 1,833,566 | $0.97 | |
| Preferred C | 556,751 | 2.59 | |
| Preferred D | 2,408,540 | 0.65 | |
| Preferred E | 1,641,791 | 1.44 | |
| Preferred F1 | 1,971,993 | 1.25 | |
| Preferred F2 | 339,000 | 2.00 | |
| Preferred F3.00 | 1,351,817 | 3.00 | |
| Preferred $3.50 | 386,653 | 3.50 | |
| Preferred $3.85 | 102,208 | 3.85 | |
| Common Stock | 21,696,000 | | |
| Options | 5,565,000 | | 0.69 |
| Warrants on Common | 739,786 | | 1.22 |
| Warrants on $3.85 | 37,142 | | 0.01 |

**Option Price Model Assumptions**

| | |
|---|---|
| Time to Liquidation (in years) | 3 |
| Annualized Volatility | 80% |
| Risk Free Rate | 2.40% |

| Event | | Liquidation Value | Call Option Value | Incremental Call Option Value |
|---|---|---|---|---|
| 1 | Begin to pay off senior preferred | $0 | 98,004,076 | $1,991,676 |
| 2 | Pref E reach their full liquidation preference | 2,360,518 | 96,012,399 | 27,993 |
| 3 | Wef.3.85 exercise into Pref3.85 | 2,396,674 | 95,984,407 | 4,533,633 |
| 4 | Pref B, & Pref C & Pref D & Pref F1 & Pref H & Pref F2 & Pref F2.00 & Pref.3.50 reach their full liquidation preference. Common starts sharing in upside. | 16,069,151 | 87,648,974 | 6,203,715 |
| 5 | Pref D convert to Common. | 30,171,557 | 81,245,259 | 367,560 |
| 6 | Options exercise into Common | 31,125,740 | 80,877,699 | 2,932,045 |
| 7 | Pref B convert to Common. | 39,404,877 | 77,945,654 | 2,562,723 |
| 8 | Warrants exercise into Common. | 47,540,182 | 75,382,931 | 290,511 |
| 9 | Pref F1 convert to Common. | 43,570,070 | 75,092,420 | 1,843,535 |
| 10 | Pref E convert to Common. | 55,030,319 | 73,248,867 | 4,416,235 |
| 11 | Pref C convert to Common | 72,379,644 | 68,832,633 | 574,037 |
| 12 | Pref F3 convert to Common | 75,417,386 | 68,258,546 | 6,995,399 |
| 13 | Pref3.00 convert to Common | 122,620,442 | 61,263,147 | 2,932,136 |
| 14 | Pref3.50 convert to Common | 131,977,578 | 59,341,011 | 1,855,287 |
| 15 | Pref3.85 convert to Common. | 145,492,902 | 56,455,724 | 56,455,724 |

| Event | Pref B | Pref C | Pref D | Pref E | Pref F1 | Pref3.00 | Pref3.50 | Pref3.85 | Common | Options | Warrants | Wrp3.85 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 2 | 13.04% | 7.92% | 11.54% | 0.00% | 18.17% | 0.00% | 4.60% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 3 | 12.91% | 7.84% | 11.42% | 0.00% | 17.98% | 0.00% | 4.56% | 0.00% | 0.00% | 0.00% | 0.00% | 1.04% |
| 4 | 0.05% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| 5 | 0.00% | 0.00% | 0.99% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 90.01% | 0.00% | 0.00% | 0.00% |
| 6 | 0.00% | 0.00% | 8.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 72.15% | 19.44% | 0.00% | 0.00% |
| 7 | 5.15% | 0.00% | 7.35% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 68.01% | 18.70% | 0.00% | 0.00% |
| 8 | 5.61% | 0.00% | 7.37% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 66.42% | 18.26% | 1.35% | 0.00% |
| 9 | 5.29% | 0.00% | 6.91% | 0.00% | 5.59% | 0.00% | 0.00% | 0.00% | 62.04% | 17.22% | 2.19% | 0.00% |
| 10 | 5.05% | 0.00% | 6.64% | 4.53% | 5.44% | 0.00% | 0.00% | 0.00% | 59.81% | 16.44% | 2.09% | 0.00% |
| 11 | 4.98% | 1.51% | 6.54% | 4.46% | 5.31% | 0.00% | 0.00% | 0.00% | 58.90% | 16.19% | 2.06% | 0.00% |
| 12 | 4.93% | 1.90% | 6.44% | 4.42% | 5.31% | 0.89% | 0.00% | 0.00% | 58.38% | 16.05% | 2.04% | 0.00% |
| 13 | 4.76% | 1.45% | 6.25% | 4.29% | 5.12% | 0.85% | 0.00% | 0.00% | 56.32% | 15.49% | 1.97% | 0.00% |
| 14 | 4.71% | 1.43% | 6.19% | 4.25% | 5.07% | 0.85% | 3.48% | 0.00% | 55.77% | 15.33% | 1.95% | 0.00% |
| 15 | 4.69% | 1.42% | 6.16% | 4.20% | 5.04% | 3.65% | 0.41% | 0.00% | 55.49% | 15.25% | 1.95% | 0.97% |

| | Value Allocated to Security Total Value | Shares | Value per share |
|---|---|---|---|
| Preferred B | $4,838,439 | 1,833,566 | $2.64 |
| Preferred C | 1,657,769 | 556,751 | 2.98 |
| Preferred D | 6,153,974 | 2,408,540 | 2.56 |
| Preferred E | 5,100,840 | 1,641,791 | 3.11 |
| Preferred F1 | 5,379,237 | 1,971,993 | 2.73 |
| Preferred $3.00 | 984,817 | 339,000 | 3.01 |
| Preferred $3.50 | 4,683,554 | 1,351,817 | 3.44 |
| Common Stock | 1,422,402 | 386,653 | 3.68 |
| Preferred $3.85 | 634,643 | 105,208 | 3.51 |
| Options | 52,827,811 | 21,696,000 | 2.43 |
| Warrants on Common | 12,727,655 | 5,565,000 | 2.13 |
| Warrants on $3.85 | 1,486,055 | 739,786 | 1.96 |
| | 142,691 | 37,142 | 3.84 |

FV of Shareholders' Equity $145,056,676



# EXHIBIT 10

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

KENNETH BARTON,
      Plaintiff,

vs.

RPOST INTERNATIONAL LIMITED;
RPOST, INC., Aka AVION
MICROSERVICES; INC.;SYMNATEC
COMPORATION; ZAFAR KHAN'
TERRANCE TOMKOW; HENRI
ISENBERG; CAROL KRECHMAN
JAMES WATLINGTON; CHARLES
BREED; ELLSWORTH ROSTON;
      Defendant.

Case No. YC051312 and YC065259

**EXPERT REPORT OF**

**C. PAUL WAZZAN, PH.D.**

March 8, 2013

somewhat complicated as the value of the common shares is dependent on how many of the B-F holders convert.

25. With an enterprise value of $33.8 million, the common stock would be worth $0.64 per share; see Exhibit 5B.

Respectfully submitted,

_____
C. Paul Wazzan, Ph.D.

March 8, 2013

12

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9600 Topanga Canyon Boulevard, Suite 200, Chatsworth, California 91311

A true and correct copy of the foregoing document entitled (*specify*):  CREDITOR KENNETH BARTON'S
OBJECTIONS TO DEBTOR'S CHAPTER 13 PLAN

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
05/21/2013          , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

Trustee: ecfnc@trustee13.com
U.S. Trustee: ustpregion16.la.ecf@usdoj.gov
Attorney for Debtor: LLandau@HorganRosen.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)                      , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  05/21/2013          , I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

Via Federal Express: Hon. Vincent P. Zurzolo,U.S. Bankruptcy Court, Roybal Federal Building, 255 E. Temple Street,
Suite 1360 / Courtroom 1368, Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/21/2013 | Vanessa Bravo | *Vanessa Bravo* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**